# EXHIBIT A

Mr. Eric Adams

███████████████

Brooklyn NY   ████████

Dear Judge Irizarry,

This letter is written on behalf of former State Senator John Sampson. As a former colleague of John's, I have had the opportunity to interact with him on many occasions.

During his career in public service, John has been an advocate for the people of Brooklyn, including in the area of health care. When Kingsboro Psychiatric Center was slated for closure due to ineffective management and the State's change in philosophy toward the administration of care, his efforts made it possible for us to keep the facility open, change the leadership, and begin a transition toward a more community-based model. When the Medicaid Redesign Team wanted to close and consolidate five critical hospitals in central Brooklyn, I worked with John and a community working group on a white paper, which helped lead to funding and the implementation of primary health facilities to buffer hospitals and reduce their financial liability. Without John's leadership locally as well as up in Albany, our borough's health care crisis could have spiraled out of control.

On a wide range of issues, John has been there for his community. When Superstorm Sandy hit in October of 2012, he helped bring FEMA to southern Brooklyn to provide financial assistance, shelter, and supplies, in addition to securing free cellphone use and electricity connections when power was down through a bus that drove across the area. John fought for increasing State aid to NYCHA to deal with the backlog of repairs, substandard security, and economic opportunity, particularly focusing on empowering residents with jobs to do the work needed on

their developments. We worked together on M/WBE legislation to increase the minority participation in the procurement process for State contracts, and we collaborated on community campaigns to "stop the sag" and discourage young men from wearing their pants below their waists.

It is my goal in submitting this letter to share my personal interaction with John Sampson. The hope is to ask for a view of the totality of his life as the decision is made on his future.

Sincerely,

Eric L. Adams
Former NYS Senator



Wednesday, April 20, 2016

The Honorable Dora Irizarry
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Irizarry,

I am reaching out to you today on behalf of my dear friend and colleague John Sampson to ask that you consider the immeasurable impact he has had on my life, both professionally and personally, as you go about your ruling. In addition to the influence he has had on my life, it is my prayer that you will see the good work John has done throughout the community and take this into consideration as you make your decision.

I have known John since 1995. Over the years he has supported and guided my personal and community service decisions. Professionally, as founder of the Watchful Eye, an HIV/AIDS awareness organization I created 7 years ago, John has tirelessly contributed his time to this most difficult work. His contributions resulted in our ability to reach thousands of residents annually to spread messages about the importance of HIV testing and awareness.

Personally, John has been at my side to mourn and console me through the recent loss of my niece and other family crises over the years. He is a fine, upstanding gentleman who puts friends, family, and community first. As a friend and colleague his support has been a cornerstone of my work to rid the community of HIV, an epidemic that knows no boundaries, race or religion. He has stood with me time and time again in the face of adversity and uncertainty. At every turn along the way has been my North Star. He has led the way.

Your Honor, my friend John Sampson is a quiet, humble, and funny man. He is the kind of person who brings people together. He is giving of his time and has been a role model to countless numbers of young men and boys in a time when these characteristics are very much needed. Whether it be on a street corner in Bed-Stuy or the halls of Congress, my friend, leader, and colleague is always present and has literally been there in the sun and the rain because he cares for the residents of the communities he serves.

John Sampson, as you would imagine, is far more than the person who stands before you today. He understands the value of being a friend and has been key to the success of the Watchful Eye's work to save our community from HIV/AIDS. In this work John Sampson is my colleague, but most importantly, he is my friend. I hope that you will take this into consideration as you make your determination.

Thank you for your attention to this matter.

*"Until there is a cure, we will be keeping a Watchful Eye!"*

Sincerely,

Divinah Bailey
Founder, Watchful Eye

# ALTER & BARBARO, ESQS.

*New Jersey Office*
590 Palisade Avenue
Jersey City, New Jersey 07307
Tel: (201) 920-3462
Fax: (201) 763-7675

*New York Office*
**26 Court Street, Suite 1812**
**Brooklyn, New York  11242**
**Tel: (718) 237-0880**
**Fax: (718) 237-0888**

*Florida Office*
1234 East Concord Street
Orlando, Florida  32803
Tel: (407) 897-0880
Fax: (407) 897-8558

April 19, 2016

Honorable Dora Irizarry
UNITED STATES DISTRICT COURT
Eastern District of New York
222 Cadman Plaza
Brooklyn, New York  11201

Honorable Judge Irizarry:

I am writing this letter on behalf of John L. Sampson.  As a lawyer, I am in a unique position to understand the seriousness of the charges brought against John.  On the other hand, as a friend and former employer, who has known him for twenty-four years, I simply cannot understand it at all.

John Sampson is, and always has been, a generous person.  As you can tell from the many letters which have no doubt been submitted on his behalf, John has always been generous with his time, with his energy, with his talents, and with his money.  He has put his constituents and clients first, time after time, often at great personal sacrifice to himself.  I know that many times, John has advised and/or represented clients free of charge, or at a greatly reduced rate, because they needed help and could not afford a lawyer.  Further, I know that he cares deeply about the community, the elderly and, of course, about young people.  His commitment to young people is enormous.  He has often indicated to me that he wants nothing more than to see that these kids stay on the right track, get a good education, and make the community proud.  I have never doubted John's sincerity on these issues … not ever.

That is why it is so difficult for me to rationalize what has happened in this situation.  John is a good man.  It has been alleged that he did some very bad things.  The jury has spoken and he has been convicted of two counts of Lying to the FBI and

# ALTER & BARBARO, ESQS.

*Letter to Judge Irizarry*
*April 19, 2016*
*Page 2 of 2*

one count of Obstructing Justice. All three charges are very bad things. I have no illusions that in this very complicated world in which we live, sometimes good people do bad things. I can only believe that this is the case here.

This brings me to the point of this letter: Sentencing. In passing sentence herein, I respectfully ask that you consider that, at his very essence, John is a good man. Moreover, he is a valuable man - valuable to his community, valuable to his family, and valuable to so many good people who care for him deeply. I also respectfully ask that as you consider the seriousness of the crimes that he has been convicted of, please also consider the tremendous good he has done in his life and career. Please be as lenient as possible in sentencing this extraordinary person. Thank you.

Very truly yours,

ALTER & BARBARO, ESQS.

By: _____
STEPHEN V. BARBARO

**Melissa G. Cisco**
**Attorney and Counselor at Law**
██████ **Brooklyn, New York** ██████

████████████████████████████

April 11, 2016

Honorable Dora Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201


Dear Judge Irizarry:

It is with particular conviction that I write this personal letter of support on behalf of John Sampson. I have known John on both a personal and professional level for seventeen years. I can say without a doubt, he has been a tremendous blessing in my life.

For seventeen years, I practiced law, specializing in real estate transactions. Currently, I am a Special Education Teacher at Transit Tech CTE High School, in the East New York section of Brooklyn. In addition, I serve as one of the College Advisors/Transition Team Leader. In this capacity, I work with students to prepare them for life after high school.

Over the years, I have had to call on John to assist me personally, as well as the clients and students that I had the pleasure of working with. We met through his mother, who was one of my mentors. I enjoyed learning from her as I drove her home from church every Sunday. My friendship with John began after he mediated a dispute with Mrs. Sampson's next door neighbor and I, who I confronted for stealing Mrs. Sampson's flowers. I was impressed with him; I am not easily persuaded to walk away when defending the elderly. We immediately connected and have been friends since that time.

Over the years, I called on John to help me with my own challenges with family members, clients and friends. For example, I asked for assistance when I needed to obtain permission for a family member to attend a funeral. He was incarcerated upstate and was denied his request to attend his mother's funeral. Based on John's efforts, my cousin was granted permission to attend the funeral.

Honorable Dora Iziarry
Page 2

On another occasion, I organized an international studies trip to France, Italy, Switzerland and Germany, for some students at my school. Unfortunately, one of the chaperones (and lead chaperone for the trip), had some immigration issues that prevented him from traveling out of the country. We spent approximately $30,000 for the trip; there was no way that we could cancel without forfeiting the money. Once again, I contacted John for assistance. As always, he came through days before our trip departure. Through his office, John was able to direct me to USCIS in order to secure an appointment to request advanced parole for the chaperone. To our surprise, after seven long hours, the application was approved. I must note that that the immigration officer was very impressed with the fact that we offered international travel opportunities for underprivileged youth and encouraged us to continue in this regard. If it were not for John's intervention, I strongly believe the outcome would have been unfavorable.

Moreover, I shared my vision for offering these students the opportunity to participate in exchange programs; John told me that he believed Eric L. Adams, the Brooklyn Borough President, would be interested and offered to arrange a meeting for me. Just recently, I called on John again to assist in another immigration matter. I have an honor student who is being offered a seat at the United States Military Academy Prep School. In order to accept the appointment, he needs to be a citizen by a particular date, which is approaching. I called John immediately and given a contact in Congressman Hakeem Jeffries' office. I requested assistance in expediting an application so that the student can become eligible to accept the appointment. The Congressman's office is working diligently to assist us. If our request is granted, our student will be the first graduate from Transit Tech to receive such an honor! As a result, an initiative between my school and Congressman Jeffries' is likely to develop, to assist more minorities in applying and attending USMA. If it were not for John, this would not be so.

I have had many more instances where I have relied on John for help; they are too many to name. He has always been consistent. Not once, has he ever asked me to contribute to his campaign or asked for any favors as a result of anything that he has done for me. He has been and still remains a very good friend. I am not a constituent and never have been. I know many people who John has helped and have also heard from community leaders, the work he has done within and outside of his district. Through John's work, he has given many people hope. As a current educator, I am particularly interested in seeing African American males have opportunities to excel after high school. I have called on John many times as an educator to help me in this endeavor.

Honorable Dora Iziarry
Page 3

John is also very sensitive and caring.  He also has a very jovial personality while simultaneously motivating and inspiring friends, family and business associates to strive to achieve both personal and professional goals.  Two of his strongest character traits are his resilience and his reliability.  He is certainly a "go to" person; there is an expectation that John will deliver!  John encourages many to get involved and "give back" to the community by lending our gifts, talents and abilities for its continued growth and development.

On a professional level, John excels at recognizing diverse perspectives and demonstrates a high level of wisdom in his approach to conflict resolution. He shows his sensitivity in delicate matters and works diligently to find the best solutions as a result thereof.  In addition, John has the capacity to work with people from diverse backgrounds in a fair, non-judgmental and efficient manner.

Should you have any questions or require any additional information, please feel free to reach me at the telephone number listed above.  Thank you kindly for taking the time to read this letter.

Sincerely,

Melissa G. Cisco



My + I   E .inc
A Special Place to be

9603 Flatlands Ave  Brooklyn NY 11236

Phone(646) 789– 3144  FAX (718) 676-6312

Email: info@mytimeinc.org . Website: www.mytimeinc.org

3/30/2016

Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn NY 11201

RE: John Sampson

Dear Judge Irizarry,

My name is Lucina Clarke, Masters in Special Education and Executive Director of My Time Inc in Canarsie Brooklyn, Kings County. I am an active member of the community; I am on various advisory and community boards as well as volunteer my services when needed for the betterment of our society.  I have known the defendant, John Sampson for the past 10 years as I am a resident, community leader and business owner in Canarsie, Brooklyn  NY.

The first time I met, John Sampson was in reference to speaking to him about our organization, My Time Inc which provides support, educational and behavioral services to parents of Autism and other Developmental Disabilities in the community of Canarsie. He was then the Senator of the 19 Senate District. He was quite supportive and attentive to the plight of people with disabilities and the advocacy efforts of parents in acquiring services for their child with a disability.

John has always been a productive and active participant in community affairs; he empowered his constituents by conducted free legal clinics, immigration and foreclosure workshops, round table discussions regarding health disparities and has organized annual information days and events for the district. He was a strong advocate for community development and reinvestment that focuses on improving the lives of residents of the 19th Senate District. He advocated for the community especially during Hurricane Sandy. He was in the forefront aiding the residents and securing funding for the community.  I believe if John has acknowledged what he has done wrong and accepts full responsibility for his actions, then that is quite positive and can be taken as a person who holds up to his word.

John is good dad. I admire how he enjoys spending time with his daughters and taking them to their activities especially basketball. He is a hard worker. When he was in senate he passed some powerful legislation that made our community safer and better.

Your honor, I believe that Mr. John Sampson understands that he has done wrong and expresses regret at his actions. I have confidence that he has learned from this experience and wants to move forward with his life. His talents, abilities and skills will be a great loss in the community. I believe that an extended prison term will serve as a tremendous hardship for his family especially his daughters not knowing when they will see their father.

I have faith that the right course of action will be considered by the justice system. Thank you for considering this request for leniency.

Yours Respectfully,

Lucina Clarke
Executive Director
My Time Inc

Rev. Alfred S. Cockfield, D. Min., Pastor
Telephone: (718) 774-5447
Fax: (718) 774-4295
Email: Battalionp@aol.com

# God's Battalion of Prayer Church, Inc.

## 661 LINDEN BOULEVARD   BROOKLYN, NEW YORK 11203

March 21, 2016

Hon. Judge Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, NY   11201

Dear Judge Irizarry:

I am the pastor of the above named church where I serve as senior pastor for over thirty-eight years.

I have known John Sampson for a period in excess of twenty years. During those two decades or more, I have observed and watched him in a close business, and social relationship. Our original contact with Mr. Sampson was when one of our members, Deacon David Clarke introduced us to him when he had just become a Senator. He came to our retreat in the Poconos and shared his vision and dreams. We welcomed him and were willing to support him. From that time until the present I continued to be impressed by his intellectual prowess, his positive "can do" attitude and his sophisticated and interpersonal skills in devoting time and his intellect in helping the community of Central Brooklyn.

Our church has been the recipient of his help in many ways, such as he helped us to write grants for our food pantry; introduced us to food pantries, such as the Food Bank; he has represented some of our members at a low cost fee in comparison to what other attorneys would charge; helped our community with landlord and tenant issues; obtained on our behalf lumber to help us fix our building; and has attended a number of our planning meetings at our church. Given us toys for our community and turkeys for the less fortunate. To sum it all up, what Senator Sampson has done for our community is to help his constituents pursue matters they couldn't do and did it for free or helped them to get it for themselves.

His work on behalf of his community goes far beyond what he would do for any personal and or financial for himself. Brooklyn is a community where the senior citizens cannot always get the afforded amenities, but they could depend on Mr. Sampson to help them, socially and in a kindly fashion. He gives them the respect they deserve and they in turn love him.

John Sampson has an ability to effectively communicate, thinking logically and defending those that are less fortunate. He has represented a number of people in our community and has taught many, self-confidence and how to approach problem solving and he himself has been able to overcome his own frailties. This transgression of his, which has been before your Honor; is his own insupportable error in

*"Developing an authentic, healthy community of believers
who are growing in faith & fellowship, character & commitment, Ministry and Mission".*

*judgment, but not an act to totally destroy all the good that this young man has accomplished and will continue to accomplish.*

*Once again, Judge Irizarry, we beg of you let mercy rule over justice.*

*God bless you richly.*

*Yours sincerely,*

*Rev. Dr. Alfred Samuel Cockfield*

*From the Desk of*
*Dr. Jacquelyne Cody*

The Honorable Judge Dora Irizarry
United States District Judge
Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

March 14, 2016

Dear Honorable Irizarry,

Mr. John Sampson and I have known each other since high school. We attended Samuel J. Tilden High School in Brooklyn, NY to focus on gaining knowledge and experiences in Law, Politics, and Community Service.

Even though our high school was infested with gangs, violence, drugs, negative peer pressure, great odds against black boys, and domestic-social-ills like racism and bigotry, John had the tenacity to graduate from high school, go on to higher education, and become a professional in his respective career. John went directly into Law, and I went into Community Service by way of the field of Education.

Our friendship was reactivated years later when I was an Educator at Canarsie High School, and John was the State Senator for NY-District 19. Whenever I reached out to John for guidance and assistance, he made himself available; and as long as the end result was benefitting the people of the District, John was fully committed.

For example, I teamed up with the Late New York City Councilman James Davis, who also went to High School with John and me, when he was still a Police Officer within the 69th Precinct. James, his partner Officer Johnson, and I established a program within Canarsie High School that ultimately rid the school of gang violence for the rest of that school year. As the State Senator, John was very instrumental in helping to make sure we were successful by providing the necessary resources such as: office space for us to meet and plan our strategies, connections to community leaders who help mentor students, funding and in-kind services, advice, his time, etc...

John also worked with the Concerned Parents of Canarsie High School to help them gain better insight on NYS School Laws, and what they can do within their rights to improve and enhance the learning environment for their children. John always had an open door policy. Whether it be as a State Senator, an Attorney, A business partner, or a friend, he would respond with direction and feedback that one could use to help make this world a better place to live.

To add, John is fully on board with the building of the 1st Youth Depot in the United States. Briefly, the Youth Depot will house youth service organizations at one location making these resources, services, activities, and safe space to receive the tools to be successful in life and academia, accessible to teens and their families. Even when many Elected Officials and

~ 1 ~

*From the Desk of*
*Dr. Jacquelyne Cody*

Community Leaders cannot see the necessity of providing a nurturing space for teens and young adults, John Sampson understands how vital it is to have youth organizations at a central location to be accessible to teens and their families. It is fundamental to establish the platform that prevents individuals from engaging in negative behavior, than to remain reactionary to the effects of social-ills that plague too many communities.

Despite the challenges Mr. Sampson is facing now, he continues to make himself available to the community. Even to this day, right now, when I call on John, he provides guidance, answers, and words to uplift. After I speak with John, not only do I have a specific assignment to help bring me closer to reaching my goals, I am reenergized with the positive insight to have the stamina to keep pressing on towards the monumental task of pulling together the necessary leaders- human capital, and funding to build the 1st Youth Depot in the U.S. all while managing my own not-for-profit organization, and effectively carrying out my plethora of duties, responsibilities, and commitments to my community, family, and the teens, young adults, and families I serve.

John does not give out fish, unless it's for the needy and elderly; otherwise he tells you where to find the fishing rod, bait, and will point you to the nearest river. This is empowerment in its most authentic form. I am very proud to call John my friend.

Please feel free to contact me if any additional information is needed. I appreciate the opportunity to talk about great people like Mr. John L. Sampson.

Sincerely,

Jacquelyne Cody, Ed.D.
Parent
Educator & Community Leader
Chief Executive Director
Elected Member of
    Community District Education
    Council (CDEC) 22
Chair of the Education Committee
    for the African American Clergy
    & Elected Officials (AACEO)
& Board Member for Various Youth
    Service Organizations

~ 2 ~

Honorable Dora Irizarry
United States District Judge,
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable Dora Irizarry,

My name is Claudette Davis. I'm a resident of Queens and a former client of Mr. Sampson. I met him as a young lawyer in the early 90's. He represented me when I closed on my co-op in Queens. Since that time, I have followed his career. I admired John because of his calm demeanor and patience.

When I visited John in his office in Brooklyn, just to say hello, I would see an office packed with constituents. Constituents walked in without an appointment but instead of telling them to come back, John would ask them to wait and he would see them. I too, came from Queens to seek help from John as a Senator about my issues at times because my local representatives didn't help me.

I'm also a minister of a church in Brooklyn. On the 1st Friday of the month, we have an AAEOC (African American Elected Officials and Clergy) meeting to discuss issues. Most of the time, Mr. Sampson is sitting there providing information to us. I also remember the time I was bedridden and needed my prescription filled. No one was available. I reached out to John. He came over and filled it for me.

A mark of a man is not where he stands in good times but where he stands in difficult times. Despite his legal problems, John has been their for me and others when called upon. Just recently, I sought his assistance when I had an issue with my co-op regarding its status to be sold.

Your honor, Mr. Sampson is a gentle giant who sees the good in people. I ask that you take into consideration who the man is. A mistake or lapse in judgment shouldn't eliminate all the good deeds a person has done.

Your honor, thank you for considering my thoughts.

Yours truly,

C. Davis

**Claudette Davis**

Michelle Edwin ███████████████ Albany New York ███████

April 12, 2016

Honorable Dora L. Irizarry
United States District Court Judge
United States Eastern District of New York
222 Cadman Plaza
Brooklyn, New York 11202

Re: John Sampson

Dear Judge Irizarry:

I write to you regarding John Sampson who I have worked closely with for nineteen years. Prior to working with him, he was my attorney. I have had the opportunity to observe him in varied roles throughout the years; Ranking Minority Member on several committees, Chair of Judiciary, Leader of the Democratic Conference, Majority Leader, Attorney at Law, Senator and employer. And while his responsibilities differed throughout the years there remained one constant, his love for people.

I was his first and longest standing employee. I began my tenure with him on January 1, 1997 and continued working with him until July 2015. I was assigned mainly to the Albany Office. I watched him climb the ranks as a member of the senate not based only on his ability to introduce beneficial legislation, or his competence to carefully and proficiently decipher the law, but also on his respect and acceptance of others' beliefs and principles. He was not judgmental of others. He welcomed everyone as a friend. He did not see the world as Republican, Democrat, Liberal or from specific affiliations – people were just people and should be treated with care and respected at all times. Through the years I often shook my head at the extensive constituent contact that was made in Albany. Everyone called. Constituents were not limited to Senate District 19. Anyone who was hurting, had a problem, lived in the District, used to live in the District or related to him because of his committee assignments called the office and received extensive and absolute help.

Monday mornings were very challenging in the office - I would sit at my desk and retrieve calls that came in throughout the weekend from individuals who had met him during an event and needed the office to plead their cause. At times I would remind him that some of the callers were not from the District and he would respond that they were from New York State and they were people so they deserved our help. At no time did he question whether or not these individuals were registered voters, their party affiliation or if they were immigrants, citizens or naturalized. Constituents had access to his cell phone numbers and they readily used it anytime of the day or night. Anyone wanting to speak with him was not turned away. There were times when a case file would seem unending and no one would want to believe or support the individual, he would. His slogan was "people before politics." I can recall occasions

Page 1

when individuals case files took over one year to resolve.  Some matters ran for years and Senator would not allow us to give up on the matter, nor tell the constituent we did all we could in an attempt to prematurely end the casework.  There were times when particular constituents would call regarding various concerns they had  – many of them had more than one issue. One of the constituents   contacted the office regarding sixteen separate concerns while another had approximately fourteen separate issues.  Throughout the years their names and concerns became familiar.  While some requests seemed mundane, at no time was the office allowed to place it on the back burner.

I remember his first meeting with seniors from his district in the Albany office - He was a freshman senator who was not concerned about impressing people but showing them that he genuinely cared. He came into his office to meet with his seniors and before meeting with them I pulled him aside and questioned his attire. He was dressed in jeans as opposed to his suit.  His reply was this is who he was and he was not going to pretend to be someone else. As the constituents left the room I could hear them talk among themselves saying that "he was real." His constituents knew from the moment they met him that he was not pretentious, self-centered or arrogant. They knew that Senator Sampson was a humble, caring and loving individual who treated everyone like they were the most important person in his life. Many of the callers would refer to him as a friend.  Often times they would say that they met him sometime in their past and would refer to his kindness and therefore regard him as a friend. The senior women who called the office referred to him as their son and he called them mom – They regarded him as part of their family and he respected and honored the role of "son, brother and friend."

The constituents knew that he would be their voice in Albany and that they meant a great deal to him. While I called him Senator, his constituents called him John. John was part of the community and did not need a title to receive respect.

Over the years he initiated programs and events to help the district. He received limited funding through the member items process and used whatever he obtained to portion out to groups in the community. Sometimes the group was allocated five hundred to one thousand dollars in state funding but he made sure that each community group would be able provide services to help children and families. And while he knew that those small amounts would barely make ends meet, his office would send out information about grants and RFP's that were available to help the organizations.

In 2006 he became distressed over the rising violence occurring among the young individuals in the district.  He wrote an open letter to the district about ceasing the violence. He knew that it would take more than just a letter of concern to make the district stronger, safer and more resilient. In 2007 he initiated a program called "Community Reinvestment." Community Reinvestment consisted of members of clergy, law enforcement, community groups and community leaders uniting to make Senate District 19 a better place.  In order to make the process simpler and more effective the District was broken into five sections. Under

this umbrella, information was dispersed to the leaders in the community who would then disperse it to their local areas. Matters that were addressed dealt with included the foreclosure crisis (Canarsie had one of the highest foreclosure rates in New York City), safety in NYCHA (New York City Housing Authority), programs to keep children safe and off the streets, RFPs and grants information to groups and much more. The Community Reinvestment program was instrumental after hurricane Sandy as Senator Sampson mobilized his office to bring assistance to the community - Informational booklets were created, town hall meetings were held, food and personal supplies were brought to the district and his staff, in like manner as the Senator worked tirelessly day and night to bring relief to those who had suffered loss, damage or were displaced.

Over the years there were countless individuals who relied on him in their hours of distress – The mothers who called because they wanted a better life for their children, the incarcerated who wanted someone to hear their story and take a moment to look into their situation, the families who lost their loved ones and needed help to bury them, those who needed someone to believe in them, and the many immigrants who came to the United States with hope to build a future and to contribute in making New York a better place. He never took NO for an answer when it came to making sure that each person who left his office or came in contact with his staff knew that they were served without reservation.

When then President Clinton introduced changes in Immigration regulations, workshops were held throughout the District to inform the public of the ramifications of the changes. USCIS (then Immigration and Naturalization Services), attorneys, Immigration specialists and other informed organizations were brought to the several areas of the district to educate and assist in making sure that accurate information was obtained and help was given. Hundreds attended. Throughout his tenure he helped individuals who needed assistance in becoming citizens or who had immigration concerns about themselves or their family members. One of the files that stands out was a middle aged Asian woman who needed to travel to Vietnam because her mother needed surgery because her eye sockets were rotting. Without the surgery her mother would lose sight. She contacted the office regarding a pending immigration problem that would prevent her from helping her mother. Her flight was due to depart in less than forty eight hours. While our office was limited in maneuvering with Immigration Services, the senator made sure that every avenue was explored so the constituent could assist her ailing parent. By the end of the day a representative from Immigration in Washington DC contacted her and she was able to attend to her sick parent. While this may seem like a little feat, the work involved in this process would have caused anyone to give up and say to the constituent "well you should have had your documents in order." However, Mr. Sampson did not see it that way. She was a person that needed to be helped. The lady was able to fly to her homeland and assist in saving her parent's life.

During the 2005 Senate Session, Senator Sampson made daily treks from Brooklyn to Albany and returned to Brooklyn on the same day. His mother was in her final days. And while

he made sure that he was at her bedside in the mornings, he was in the Senate Chambers doing to people's business in the evening. He unequivocally represented his District and took care of his mother without sacrificing one for the other. He would leave Brooklyn after visiting with his mother in the hospital and drive to Albany for session. At the end of the day he would return to Brooklyn to be with his family. He never complained, fussed or say it was too much. He told no one of his impending loss but carried the weight and never failed his constituents. Even after his mother passed he continued working for and with his constituents – he did not take time away from his constituents. There have been times when I had to call the senate nurse to assist him because he was not well. He would not let anyone know that he was not well. He would continue working. Even after driving him to the doctor and being told to rest he continued working for the people.

While others saw his professional side, I was able to witness firsthand his immeasurable love for his daughters and his family. At times I would hear him talking to them on the phone. He would promise to pick them up from school on his return to Brooklyn. I also worked as his scheduler for an extended time and I knew that no appointments were to be made on Thursdays and Fridays between 2-5 pm. Those hours were daddy daughter's hours. If I had to interrupt him during those times I would often hear the chatter of little voices in the background as I tried to quickly yet effectively relay the district concern and allow him those quick fleeting hours of family time. He had his little pet names that he called them and when he spoke to them he was not a legislator, leader of the senate or attorney. He was just dad. He did everything in his power to protect his family at all times and to ensure that his children were raised without feeling entitled. On their visit to the Capitol in 2009 his second daughter seemed confused when we referred to her dad as senator. She asked me why did we call him by that name. I turned to him and asked him if she knew that he was a senator and the ramifications. He shook his head. She did not. As he continued to bring them to the Capitol he watched over them closely and they happily waited to have their dad to themselves.

The worst thing any parent could experience is the loss of a child. When the African immigrant Amadou Diallo was killed, Senator Sampson stood with his colleagues and marched against the taking of this life. While Diallo's mother was not his constituent and neither of them were US citizens, Senator Sampson did not measure the situation by geographical location. Although this was a Bronx incident he felt that he too was inclined to lend his name to the cause. He also took time to send a letter to Amadou's mother. When the news surfaced about Abner Louima the Haitian National who was assaulted in a precinct, although Louima was not a constituent of Senate District 19, the Senator Keep watch on the matter. In 2014 an individual came to the Albany office on a lobby day. He wanted to meet the Senator. On meeting him he told Senator that he had been incarcerated for years and kept hope because the senate office responded to him when he made contact. He said that the office never treated him with ill-intent, the kindness helped him through his rough times. He had come to Albany with a group seeking help to end recidivism. He considered himself a testament of what could be achieved when others believe in someone.

Your honor, I could provide you with a list of John Sampson's accomplishments, legislation passed and awards received. I could tell you about the times he would leave Brooklyn and fly to another part of the state to attend an event to make sure that New Yok State senate was represented. I could tell you that he was the first person of color to hold the title as Chair of the Judiciary committee and was instrumental in having a greater representation of women and minorities sit on the bench. I can tell you of a freshman senator who was crushed when the Senate failed to put a ban on assault rifles and he wondered if anyone felt the plight of those who lose loved ones because of this senseless violence. I can relay his voting record and stand on issues however while those things are important they do not relay the measure of the man I had extensive contact with for nineteen years. What my heart feels is important is the fact that as a single mother I raised a son and John Sampson was the village that helped me raise him. When session hours were long, he would make sure that my son was safe. If the hours were exceedingly long I was permitted to go home and take care of my son. As my son got older he began volunteering at the office. Senator would sit him down and have serious life conversations with him. In my son's eyes senator was someone he could look up to. In 1997 my family suffered a grave loss followed by another horrifying tragedy. Although I was a new employee, the senator made sure that I was able to be with my family so healing could take place. He has been the wind beneath my wings.

Your Honor, I understand that justice says that John Sampson must face the consequences however, I ask in all humility that you please consider a family who has lost so much in this process and just a short four months ago buried a heart broken father. Your honor, I ask that you please consider a young woman and her sisters whose laughter will be hushed by the absence of a father. I believe that indeed in life there are and must be consequences for one's actions however I beg that your mercy be coupled with justice in this matter. Thank you for your consideration.

Humbly,

Michelle Edwin

Honorable Dora Irizarry
United States District Judge,
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable Dora Irizarry,

    My name is Danny Foote, I'm a retired New York City Correction Officer. I recently retired after 28 years and 4 months on the job. It is with pleasure I write this letter on behalf of John Sampson.

    John is my neighbor. He moved in the neighborhood back in 2001. At the time, he was the State Senator for the District but you would have never known. He blended on the block like everyone else. Due to his leadership, we started a block association immediately. Neighbors who lived on the block for years didn't really know one another until the block association was created. Every year since he moved on the block, John sponsored the food and rides for our annual block party. The kids were treated to unlimited food and rides. This also allowed the neighbors to interact with one another.

    What I admired most about John was his patience and caring attitude. At times, I would observe John stop and chat with the young men on the block. He would drive down the block, see the kids playing outside and would stop and shoot the breeze with them. We have a few elderly neighbors on the block and often you would see him ring their bells and check on them. During the big snow storms, you would see him on the block assisting the neighbors in the dig out. This is a busy dude but to see him take time out to do these things impressed me.

    Another example of his caring attitude was exhibited during hurricane Sandy. John and I were in waist deep water assisting the residents in the neighborhood. Residents were stuck in cars and we rescued them from serious injury. We moved residents to higher ground to protect them from the rapid water rise. After we assisted those who needed help, we waited outside on the street as the water continued to rise to see if we had to alert the neighbors to evacuate if the water continued to rise to a level that threatened their lives. Once the water began to recede, we went house to house to check on the neighbors.

    During John's entire legal ordeal, he never gave up on his responsibilities

to his community and his family.  I often told him that I couldn't do it.  I would have just shut down.

I don't know all the facts about the case except for what I read.  But I can say, John is a stand up individual who believes in looking out for people.  This is what I admire about him.  Even on Riker's Island, the inmates know about him because their families have reached out to him seeking assistance for programs once they leave the facility.  I was truly amazed because if you see him, he is just a down to earth guy from the neighborhood.  He doesn't look down or past people.  This is a rarity when dealing with elected officials.

Your honor, I ask that you look at his good deeds and service that he has provided to people and the lives he has changed.  The conclusion one would come up with is that his good deeds far outweigh his bad ones.

Thank you for your consideration.

Yours truly,

Danny Foote

**JOHN T. FOSTER, JR.**

**Brooklyn, New York**

Hon. Dora Irizzary, Judge
United States District Court for
The Eastern District of New York
222 Cadman Plaza
Brooklyn, New York  11201

Dear Judge Irizzary:

    I am writing to ask for leniency in sentencing for John L. Sampson. I have known John Sampson for over twenty years. I worked in his Senate Office, in Canarsie, from approximately 1996 to 2003 as a Community Representative. While working there, I saw John as a truly dedicated person. He cared deeply for all of his constituents, young and old, but particularly the elderly. Every September, he would have a "Senior Day". There would be food and prizes for the elderly, answering questions and complaints for them, and sometimes just listening and interacting with them. They were all so happy with the attention and recognition. It was one of my favorite times in the office, but there were so many others.

    Everyone in the community loved John Sampson. He was a good guy. He was a family man, always rushing around for his constituents, but finding time to bring his kids to school or attend one of their events.

    He was more than a Boss to me. He was more than a friend. He was like a Big Brother to me. He always took an interest in me, offering advice, assistance, and anything that he could do for me. When I left his office to become a Process Server, he helped me get started. Today, I run a successful Process Serving Business. I owe that to John Sampson.

    When my Mom passed away on December 9, 2013, John heard about it in Albany. He came all the way from Albany to East New York, in a raging storm, to attend her funeral. When it was over, he returned to Albany. He is that kind of person.

    I ask that you show leniency in sentencing John Sampson. No matter what he has done, he is a good person. Please take that into account. Thank you very much.

JOHN FOSTER, JR.

Ms. Barbara Biggs Glover

Brooklyn, New York 

Honorable Dora Irizarry, United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, N.Y. 11201

Dear Judge Doris Irizzary,

I was introduced to Mr. John Sampson by a community partner and friend over 15 years ago. I mentioned that I was introduced to Senator John Sampson to my eldest daughter Jerrita E. Teel. She told me they both graduated from Samuel J. Tilden High School in Brooklyn, New York. She said he was admired and very popular with the student body at the school. I have found him to be profound in his demeanor, his diction and personal interaction with people in general.  He has been generous, genuine, hardworking and manner able young man. He was raised as a Christian and is a God fearing man. I have always been proud of him and proud to know him.

Mr. Sampson has been a God send to our community service organization The Brooklyn Club, NANBPWC, INC in its quest to deliver quality programs to Brooklyn community over these many years. I have held several executive board offices including President. He has always been encouraging and supportive as a person I could talk to about community issues. He was always willing to issue Citations for Business, Professional, Education, Community Service, Ecumenical, Sojourner Truth (our highest issued), Appreciation, Youth and Scholarships recipients at our Founders' Day Observance to acknowledge the excellence of members of our community that have uplifted the quality of life in our various Brooklyn communities. We have often invited Mr. John Sampson to give greetings at our forums and he has graced us with his presence.

 We have presented proposals for to him on numerous occasions to implement youth initiatives and programs hosted by our Youth organization. For example: Youth National theme "Building a Bridge to the Future" and program guidelines, our youth have a theme that was used at the Northeast District Youth Conference of 2006 "YOUTH ON THE MOVE –BRIDGING A PATH THROUGH LEADERSHIP AND RESPONSIBILITY".
We secured a $1,500.00 grant for our 2005-2006-budget program "Empowering Our Youth" submitted to Senator John L. Sampson of the 19th Senatorial District and received monies from the New York State Education Department.

On Saturday, March 1st 2008, **Saturday, March 1, 2008,** Central Brooklyn Community Service Corporation, Multi-Service Center Auditorium, 1958 Fulton St., Brooklyn, NY  11233, 8:30 A.M.– 3:00 P.M. The Brooklyn Club and its Youth Club successfully hosted 100 youth for the Northeast District 2008 Youth and Beta Psi Conference, titled "Youth Financial Literacy and Career Summit" and again on Saturday, March 6st 2010 titled "Youth Gang Awareness" for youth ages 12-18 years old. These forums were completely funded and admission was free for 110 attendees, back packs were also distributed to all attendee's thanks to State funding from Senator John Sampson.

Respectfully Yours,

*Barbara Biggs Glover*

Daphne Glover-Robinson

███████████

Amityville, New York ████

March 23, 2016

 Honorable Dora Irizarry
United States District Judge, United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

Reference of Character: John Sampson

Dear Judge Irizarry:

Please, let me briefly introduce myself, my name is Daphne Glover-Robinson. I am a retired member of law enforcement having worked for thirty-seven years: New York City Department Correction, Correction Officer (20) years; non-uniform member of New York Police Department (17) years and since retirement I have acquired my Masters of Social Work degree. In 2008, I was appointed by  former Governor Paterson, to serve as a  Board of Visitors Member, for the Brooklyn Children Center, a facility of New York State Office of Mental Health in which my  primary role was  to ensure  adequate  care and treatment  to clients of the facility.

During my tenure as a Correction Officer, I also served as an Equal Employment Opportunity Officer and a Correction Investigator in the Internal Affairs Unit. In 1997, I implemented and directed for (15) years the Department of Correction Law Enforcement Explorers Program. A program that worked in conjunction with the Greater New York Council, Boys Scouts of America, New York Police Department, Federal Bureau of Investigations, Homeland Security and The Drug Enforcement Administration.

The program was a collaboration of law enforcement agencies and private business that partnered together to provide adolescents with information and opportunities to develop habits, skills and commitments for a developmentally positive life. The adolescents also wore

a law enforcement uniform similar to a police officer's uniform. Many of the youth in the program, lived in socially economic disadvantage communities where they encountered multiple stressors that contribute to negative adjustments and outcomes. John, has been a cornerstone in assisting the young adults in these communities to rise above their circumstances to reach their highest potential.

I have known John, for almost 20 years, professionally and as a friend to my family and other families in the Brownsville community. Besides his family, he is known to be a community minded and selfless man. For many reasons I believe I am in position to speak to John's, moral and professional character.

Just to mention a few examples of John's professional character; as a State Senator, every year for over ten years, he personally would take time out of his busy schedule to invite the youth from the Law Enforcement Explorers Program to his office in Albany, New York, on Domestic Violence Awareness Day and allow them to have an audience with a few State Senators to discuss the issues and effects of domestic violence. He would introduce them to other State Senators, where they too would discuss some of their concerns as youth in their communities. It was a rewarding experience for them, taking pictures and receiving certificates of participation.

Over the years, John, would come out and support each event the youth hosted in their communities such as health initiatives and drug awareness. Not only would he be a speaker at the events but he would also donate food, beverages and do whatever he could to assist in the achievement of the goals for each event.

If there was trouble in the Brownsville community he would be one of the first to respond to help or offer legal advice to many. The constituencies of the  community knew they could count on, John, for  any support  in helping to make their community a safe and secure striving place,  not only the youth but for the elderly as well. Anything the seniors needed in the community he would try to make it happen for them. John was also an advocate in trying to better and improve the educational system in the Brownsville community. Overall, the people in the community trusted him to make and fulfill their case regardless of the outcome.

On a personal note, for almost 20 years, John assisted my elderly mother, now (85 years old) with many of her problems. My mother would travel on three buses to his office to talk to him about her personal situations or problems that affect her in her community. He would take time to address her needs no matter how busy he was. She did this on a monthly basis because she trusted his advice and knew he would have no problem helping her.

John, was also there as an advocate for my children; my son who has worked for New York Police Department for 30 years, Police Athletic League for 15 years in addition to running a family business in the Brownsville community for 12 years and my grandson, who is a New York Police Officer. If we needed his support he would be there with no questions asked, he would respond to the call if you needed him and I will never forget him for that. Just a note, the things John, did for the Law Enforcement Explorers Program and my family is an example of what he did for so many others over the years. He is a pillar in the Brownsville community.

John, is a good person. It is my hope that the above aforementioned, demonstrates that he is not only a kind and generous to others but he also has a strong sense of duty that he applies to his job and community with a great deal of integrity and respect for all that he can help.

Your Honor, you may not know, John Sampson, but it is with hope that my letter will allow you to see him in a different light. There are countless others who feel the same as I do about John, and who will rally in support of him. Thank you for taking time to read my letter.

Sincerely Yours,

Daphne Glover-Robinson, MSW



# THE NEW YORK MINISTERS CONFERENCE

P.O. BOX 287344
NEW YORK, NY 10128
GMCCANTS01@ONEBOX.COM
877.875.3571
FOUNDED 1995

**Rev. Dr. Gregory Anton McCants,** *Chairman East Harlem*

**Rev. Dr. Raphael N. Johnson, 1st Vice Chairman New York City**

**Father William DelToro (Rockland) Vice President**

**Rev. Dr .Modelle Clark (Ulster) Vice President**

**Father Kofi Amissah (Albany) Vice Chairman**

**Rev. Karyn Carter (Rochester) Vice Chairman**

**Minister Ramon O. Aponte,** *Secretary*

**Rev. Ricardo D. Raveneau** *Treasurer*

**Angelina Blasich, Executive Director Daniel Gonzalez, Director of Governmental Affairs**

March 31, 2016

Hon. Dora Irizarry,
United States District Judge
Eastern district
225 Cadman Plaza
Brooklyn, NY 11201

Re: John Sampson

Dear Your Honor,

I'm writing this letter in support of John Sampson someone who I've known for at least many years.

John has been a wonderful and inspiring presence in our community in our efforts to assist the traditionally bypassed residents of neighborhoods facing socioeconomic problems and issues.

In particular John has been a leader in our efforts to bring diversity to the Latino community in terms of jobs and educational opportunities.

He has worked tirelessly to address the lack of jobs for our youth and unemployed families.

I am convinced that John can still be an asset to the community at large and would respectfully ask the court to consider these facts in your deliberations.

In my opinion John deserves a second opportunity for first chance.

Thank you for your consideration.

Respectfully,

*Daniel Gonzalez*

Daniel Gonzalez

MOTIVATIONAL SPEAKER • FAMILY ADVOCATE • COMMUNITY LEADER

# Denise A. Gordon
*Founder of Parent Empowerment Services, Inc.*



Honorable Judge Dora L. Irizarry
United States District Court
Brooklyn, New York

March 24, 2016

**Re: Support for John L. Sampson**

To the Honorable Dora L. Irizarry,

In 1999, I was selected by the Chancellor of the New York City Department of Education to oversee Family Engagement for the families and schools in the 19th Senatorial District, where John Sampson was the Elected Official. He was elected by the people and served the people.

Weekly, we met with different members of the School Community: Parents, Parent Teachers Associations, Presidents Council and School Leadership Team. The parent leadership represented over 124,000 families. Senator John Sampson attended, spoke, challenged, and provided resources including: science labs, libraries, computers, air conditioners for schools with summer school sites, CPR services, back-to-school supplies, support for health and sports days that focused on the involvement of fathers, District Appreciation Dinners, and Books for Read-Across- the District.  He also helped the community by arranging for partnerships with local hospitals for free mammograms, Community Day Celebrations, and Mother's Day Banquets.  John has had the reputation to compassionately meet people at their point of need. He spoke truth to situations, never gave the impression that he was "more important" than anyone and advocated for the sick, especially the elderly. John never turned away anyone he answered the questions and concerns of our families.

Mr. Sampson provided pro-bono services for many of the families and he conducted free legal clinics. Families were constantly calling on him for advice especially a large group from the Caribbean, who had immigration concerns.

Oftentimes he would encourage merchants to hire the youngsters in the community for summer/ after school employment. John would visit the schools in the district, where the youngsters were challenged to dream dreams, to stay in school, to attend college, and then become productive members of the global society.

As a Senator, John established a pilot grant program to enable over age, under-credit youth, to obtain high school diplomas or the equivalent; this program is now implemented in New York City Schools.

Your Honor, time would not permit for me to share the full impact that John has made. I pray the court is lenient with him. He remains a constant in the community.

Representing Students & Parents,

Denise A. Gordon

www.ParentEmpowermentServices.org     347.414.5627

Brooklyn, N.Y. ▮▮▮

3/24/16

Honorable Dora Irizally
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, N.Y. 11201

Dear Madam,

My name is Merlene Griffith, I am a senior citizen, living in Canarsie Brooklyn. My address is 10407 Ave. M. Brooklyn N.Y. 11236.

It was about 10 years ago, I had a problem with a plumber. I went to the Senator's office, and I was amazed at the reception I received from him. He was very understanding and sympathic. He listened to my problem and within a few days the problem was solved.

On Monday 27th of October (2012) after the Hurricane Sandy's disaster, I was alone, no light, no stove, in other words nothing to eat. I heard the door bell rang, it was Senator Sampson with food stuff, a torch light, and other things. He mentioned he would not be long

because he had to visit the other neighbors, which I was told afterwards that he made field trips in the neighbourhood. He was our guardian Angel. He came every morning because I am living alone. Such caring and kindness could only come from some one who cares. He is a real father to his residents. We love him and need him.

He is no longer in Office. My self and others still call on him for assistance. John is the champion of the voiceless. No matter what time or day we can still call on him.

I have talked with a lot of the residents in the area, and they really miss him. John is facing a very serious situation, but he seems to always make time to check on me, and others in the area. "A mark of a true man, is not where he stands in good times, its when adversity arrives, the true character of a man is manifested." From Hurricane Sandy to his present legal disaster John has kept in faith and continued to look out for others, to me this is the testament of a good man.

He is known to the residence of his region, especially in Canarsie as a patroit, a loyal pal, a fearless attorney, and a

responsible Senator who devoted his time and life for his people in his constituency helping them solve their problems with much love and affection. He is an embodiment of the American Dream.

Despite his challenges he won the last election with 3 others in the race. We shall know them by their deeds. Although he is no longer in Office my self and others still call on him for assistance.

Your honor, I sincerely ask for leniency for him. His good deeds far exceeds this bad ones.

Thank you

Your's truely  Merlene Griffith



*Pamela Hardy-Loakley*

█████████████████

*Brooklyn, New York* ███████

Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

April 4, 2016                                      **Re: John L. Sampson**

Dear Judge Irizarry,

I write this letter on behalf of my/our former State Senator John Sampson. While in office, Mr. Sampson was a strong supporter of protecting the affordability rights for all tenants in New York State.  In particular, Mr. Sampson has been a valued supporter in protecting tenant affordability rights under the **New York State Mitchell Lama Program** for both jurisdictions: "*state- aided" and "city-aided" Mitchell Lamas.* I strongly believe that the NYS Mitchell Lama program would have lost much of its tenant affordability and tenant/rent protections if not for Mr. Sampson's watchful eye and intervention.

While in office, Mr. Sampson was also instrumental is fighting for downstate and upstate (Rent Stabilization/ Rent Control) rent-regulations. While many of his Senate colleagues were working to weaken tenant/rent protections, John Sampson worked tirelessly to strengthen New York's tenant/rent protections. On a personal note, as the Tenant Association President for Linden Plaza (2010-present), John Sampson never turned his back on the tenants of Linden Plaza whenever we needed his assistance.

For example, Mr. Sampson directed his official staff to contact our Tenant Association Council on a bi- monthly; sometimes weekly basis for updates regarding the serious renovation and rent issues in Linden Plaza. Without fail, Mr. Sampson and his staff sought adequate legal counsel to help us with these issues.

**In 2011**, Mr. Sampson was instrumental in getting our Congressional, State Assembly and  City Council representatives to meet in his office to discuss and explore solutions on behalf of our pre-1974 Mitchell Lama housing development. **In 2012**, Mr. Sampson came out to speak to our tenants; first, answering the difficult questions posed by the tenants about Linden Plaza's mortgage refinancing, and then *personally* discussing/offering options with the tenants on how the Mitchell Lama affordability that was lost in 2008 could be recaptured.

**In 2014**, Mr. Sampson was successful in setting up a very important meeting in his office with 5 of our tenant representatives, and the former CEO/Commissioner of DHCR, along with his Vice President; and an HPD Deputy Commissioner along with her Assistant Commissioner.

1

The information we obtained and shared during this meeting was very important. Without Mr. Sampson's involvement, there's no doubt in anyone's mind that this meeting would have never materialized.

Although unsuccessful, Mr. Sampson made an earnest effort in **2011** to convince the officials at Kings County Housing Court, there was a need to dedicate one (1) court room to handle Linden Plaza's 100+ monthly housing court non-payment cases; a staggering number of court cases and evictions that resulted from an increase in Linden Plaza's rents; 93% - in two (2) years (2008-2010). Mr. Sampson believed that an assigned Judge with inherent consistency, and knowledge of the rent issues involving Linden Plaza would be beneficial to all involved.

The ongoing and dire issues going on at Linden Plaza and his own personal issues did not stop Mr. Sampson from offering suggestions to help us. Despite his busy schedule between Brooklyn and Albany throughout the years, Mr. Sampson made himself, his staff and his legal contacts available to assist me, as a Tenant Leader- weekdays and weekends; *during* and *after* office hours.

Finally, every year in May, Mr. Sampson honored women leaders, activists and role models. As a (modest/reluctant) recipient in 2012, I was humbled when I was selected by Mr. Sampson to be honored, but I was further humbled when I went on the internet, and read the impressive bios of the many women Mr. Sampson was in touch with; worked side-by side with; and chose to honor during for the many years he was in office. Some of the women honored by Mr. Sampson did not live or work in our community- but Mr. Sampson felt it was befitting to officially recognize these women.

I humbly ask you to consider the positive things Mr. Sampson has done for many years on behalf of the community-at-large, when you weigh his sentencing.

Sincerely,

Pamela Lockley,

President
Linden Plaza Leaseholders- Tenant Association Council

Co- Chair
The **M**itchell Lama **A**ffordability and **A**ction **C**oalition – "MAAC"

Member
Legislative Committee-Brooklyn Borough President's Mitchell Lama Task Force

Member
Brooklyn Tenants United- "BTU"

**Captain Steven Hill**
Commanding Officer, Transit District 4
14st Union Square Station
Desk: (212)253-7511
Cell: ███████
steven.hill@nypd.org

Honorable Dora Irizarry,
United States District Judge,
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

March 24, 2016

Honorable Irizarry:

I Steven B. Hill am writing this letter on behalf of John Sampson, Esq.  I have known John for over 20 years.

John is an upstanding family man that has represented the Canarsie community for many years.  He has dedicated his life to public service.  He has helped me and my family through difficult times.  I met John in high school.  Although we grew up and went on separate career pathways, when we became professionals, him in his capacity as a lawyer and public official and me as a police officer we began to work together for the good of the community.  As we got older, we worked together in the community and volunteered at various organizations for the benefit of the children and the families in the community.  Both John and I volunteered at the Hebrew Educational Society community relations events to talk with the children and the families about the importance of education, good health and physical activity is in your daily life.  John has worked with the community at large to make sure that the community we live in benefits those in need.

John has worked with me personally in my public and private life to ensure that I am the success that I am today.  John made himself available for me when I had difficulties with my job as a police officer that was attributed to my private life conflicts with my 1st child's mother.  He helped me to resolve my anger in that previous relationship that could have irrevocably damaged my career.  John helped to find a peaceful way to resolve my anger so that I was able to find my current wife and have a beautiful blended family that I am proud of today.  At one point in my life I was on a destructive path even though I was in the police department.  Without John's strong sense of family and dedication to me personally, I would not be where I am today.  I thank God every day that John is in my life and with his help and guidance I am the success I am today.

John has worked to put his community first and foremost.  He has taken the 19th district that he represented and placed it first in his deeds and actions in Albany.

I humbly ask you to take into consideration all he has done for his community and work towards leniency on his behalf.

John is a good man.  I can vouch for him and say that he will continue to work and do substantial things for his community and family going forward.

Thank you for listening to me regarding Mr. Sampson.


Sincerely yours,

Steven B. Hill
Commanding Officer, Transit District 4

Honorable Judge Dora Irizarry of Eastern District Court of New York

This letter is a letter of character regarding John L. Sampson

My name is Raino Hills, Retired Warden of the Department of Corrections stationed at Riker's Island. I have been a long-time family friend with Mr. Sampson. We met many years back, both of us being avid servers of the community at Brooklyn Sports Club and Christian Cultural Center, (a church in East NY Brooklyn) and have maintained a friendship ever since. Our relationship has grown through the years, and I would consider myself an appropriate reference to Mr. Sampson's character. Mr. Sampson has had a profound influence on my family serving as a mentor to my son towards a career in law. Mr. Sampson also had a tremendous influence in my progression from Correctional Officer through the ranks eventually achieving the honor of Warden.

John Sampson is a good positive influence in the community and was one of the main proponents of stricter guns laws throughout the state of New York. The S.N.U.G anti violence program has remained extremely effective throughout Brooklyn Mr. Sampson has advocated that the solution to gun violence within our community is not solved simply by locking up those who use the weapons, but through the implementation of programs dedicated to provide an alternate means to conflict resolution, especially for younger generation. Mr. Sampson's good community relations are also exemplified through his advocacy for the victims of Hurricane Sandy. During this devastating period, Mr. Sampson helped uninsured residents of Canarsie acquire much needed funding to help repair their homes.Mr. Sampson also helped acquire funding for NYCHA to implement new cameras in the Bayview Houses. The new cameras continue to serve as a deterrent to possible future crime.

I know Mr. Sampson to be an industrious, hardworking, family man who is community minded and committed to serving others. I believe Mr. Sampson has done his best job at serving the people of New York as the Senator. Unfortunately, he finds himself in this precarious position. I truly believe that Mr. Sampson has suffered extensively for his actions. He has lost credibility in the public eye, and I believe he is truly despondent regarding what he has put his family through.

Thanks for your consideration

Sincerely,

Raino Hills

Mr. Rodney Hodges



Brooklyn, NY                                                                    April 5, 2016

To: Honorable Dora L. Irizarry, U.S District Judge

      My name is Rodney R. Hodges, a retired NYPD Police Detective. I served 20 plus years protecting the citizens of this great city and countless hours working at ground zero after 9/11.  For the last two years, I was a security manager at One World Trade center protecting the employees and building from any possible terrorist attacks. Currently, I provide security for FEMA employees and at Brookfield properties in lower Manhattan.

      I grew up in East Flatbush Brooklyn, and that is where I met my longtime friend John Sampson over thirty years ago. Our girlfriends introduced us to each other and that was the beginning of our friendship. At that time in the 1980's there were a lot of gangs and violence in the neighborhood. Teenagers were being shot and killed for the coat they wore or the sneakers on your feet. Drugs were an epidemic and drug dealers were a part of the streets. Those days were tough times, but u had to remain focused in order to beat the odds. John, beat those odds and persevered to accomplish his goals.  I have known John's family for many years, I was present when his mom passed, at his graduation from Albany Law, as a groomsman in his wedding party and I'm the god father to his eldest daughter. This is the bond that we share for many years. My current relationship with John is still tight and close. After John graduated from Brooklyn College he pursued a law degree while I chose law enforcement. We both yearned for public service careers to help others. John, always wanted to help others, he coached the little league football teams in the community on his own time helping youths in the neighborhood. As he achieved his goals and became a senator he continued to give back to the community he grew up in. With all of his accomplishments he never forgot his ties to Brooklyn and his family and friends. Whenever I had a police function or charitable event John was always present to support in any way he could. I know John very well and his commitment to his friends and family is extremely important to him. Loyalty and trust is how I describe my friend. John has a good reputation with everyone I know in the neighborhood. There is not one person I know that can say anything negative about my close friend. His work ethic was impeccable and his reputation was respected by all as a lawyer and as senior majority leader.

      Although, John has been convicted of a crime this does not negate the good qualities John has held throughout his life. Despite this obstacle and error in judgment I still see all the good things John

has done:  All of the positive programs he implemented in various communities such as Aids awareness, Food and health programs for the elderly, youth programs, fund raisers for various organizations and countless other initiatives for the communities he served.  Judge Irizarry, John realizes his mistake and is regretfully remorseful. All those years of working in Albany as a senator and majority leader has come to an end. I attended the trial during the summer. I had to be present in the court room  for support for my friend.  Being in the court room was heart wrenching listening to testimony that tore friendships apart.  When photos were displayed of John and I on the screen in the court room I sunk in my chair feeling numb. The testimony was hard to listen to at times, but I had to be there for loyalty reasons.

Honorable Judge Irizarry, I plead with you to consider all of John's good deeds when you consider his punishment, I know John has realized his mistake over the last few years over his ordeal. His family and friends all feel the same pain that he does.

Respectfully submitted

Rodney R. Hodges



**Newman Memorial United Methodist Church**
**257 Macon Street**
**Brooklyn, New York 11216-2406**

The Reverend Cedric R. Johnson
Senior Pastor

Office: (718) 622-7955
Fax: (718) 638-3243
Email: newmanchurch257@aol.com
Web: gbgm-umc.org/newmanchurchbrooklyn/

April 26, 2016

The Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

Dear Honorable Irizarry,

My name is Reverend Cedric R. Johnson, Senior Pastor of Newman Memorial United Methodist Church in Bedford Stuyvesant, Brooklyn, New York. I am writing this letter in support of Former New York State Senator John Sampson.  John has been a great source of support since my appointment here at Newman. Along with my desire to locate a group of clergy from this community, John introduced me to the African American Clergy and Elected Officials' Organization which meets monthly to coordinate efforts to address and improve the needs of this community. The fellowship and the information provided has proven to be a great asset to my ministry.

In addition, John's positive influence as a husband to his wife and father to their three wonderful daughters has proven that his presence and guidance is essential in the home. This has helped to develop a strong, Christian foundation that continues to be a great source of strength for the family.

It is my hope and prayer that as you prepare to render judgment on John's case that you will carefully take into consideration the matters which I have addressed above and those who may be gravely affected by his absence.

Respectfully submitted,

*Reverend Cedric R. Johnson*

Rev. Cedric R. Johnson
Senior Pastor

# *Darren L. Kirton*
# *Attorney-At-Law*

Jersey City, NJ
Admitted in NY & NJ

April 18, 2016

Honorable. Dora Irizzary, Judge
United States District Court for
Eastern District of New York
222 Cadman Plaza
Brooklyn, New York 11201

Re:  John Sampson

Dear Judge Irizzary:

John Sampson and I grew up together on Thomas S. Boyland Street in Brooklyn, New York.  As a child we both played stick ball and eventually went to the same elementary school, junior high school and high school. We grew up in an era and area where young black men were not supposed to grow up to be successful.

John Sampson was always an honest and hard working person. As a teenager I knew he would always do something great. John went on to Brooklyn College and Albany Law School. Once John became an attorney he was always a good friend and like a big brother directing me through the legal arena.

When John became a State Senator I was very proud of his accomplishment. It was a proud moment for his family and friends. We all believed he would go on to even bigger and better things as he was a very smart and determined person. John as a State Senator continued to do great things for his community.

When John was found guilty of his charges it was a great disappointment for all of us. As it was then I realized that good people can and will do bad things.  I am not sure why John did what he did but it was wrong. I know John is good person who did something wrong and should be held accountable. I am just asking that the Court be lenient on John as he beat all the odds and became a successful lawyer and a State Senator. He is a father of 3 beautiful girls and should have the opportunity to see them grow.

If you have any questions or concerns about this letter feel free to contact me.

Sincerely,

Darren L. Kirton, Esq.

Honorable Dora Irizarry
United States District Judge,
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable Dora Irizarry,

My name is Charles Ladson and I'm a former school board member of District 23 and board member of Community Board 16. I have known Senator John Sampson for over twenty (20) years. I presently live in Brownsville, Brooklyn. I was born and raised there. I have seen the best and worst of Brownsville. This neighborhood is on the rise and Senator Sampson had a lot to do with it.

I have known John as a father, loving son, attorney and just a guy from the "hood." The Senator can always be found either driving or walking through the community. You would never recognize him because he doesn't wear a suit. He blends right in with people from the neighborhood. This is why he is so beloved by the community because he walks amongst the community. Even in areas like Brownsville or East New York, you see John walking around talking with the residents accessing their needs.

Since he has been in office, he has either funded or supported the following: 1) science labs; 2) basketball teams; 3) purchased instruments for school bands; 4) sponsored senior trips for senior centers through his district; 5) purchased bikes for the 73rd and 75th precinct, so officers could patrol the community; 6) purchased computers for all schools in Brownsville; 7) provided funding for gun buy back programs; 8) sponsored the annual turkey and toy drive each holiday season; 9) pushed for increasing school crossing guards; 10) sponsored free legal services for community residents.

Your honor, these are just a few things Mr. Sampson has done throughout the years. When John is asked to do something by the people he rarely refuses. First hand, I have seen residents come from other districts seeking his help. I'm guilty of this because I always tell those if they need help, reach out to him. Mr. Sampson has helped me personally. When my lights were about to be turned off, if I had no food to feed my family, if my real estate taxes couldn't be paid or my children got into trouble with the law, I called on John. He never turned me or

my family down.

John Sampson is a kind hearted man who is a champion for all the people. John treats people like family. In Brownsville, John is known as the deliverer. If he can't fix it or deliver it, he will get others who could.

Please take this letter in consideration when determining Mr. Sampson's fate. We in District 16 and School District 23 respect this man for what he has done for others. He truly made a difference. He gave us not only hope but results.

Yours truly,

Charles Ladson

# ALTER & BARBARO, P.A.

*Attorneys and Counselors at Law*
NY Office: 26 Court Street, Suite 1812, Brooklyn, New York 11242 Tel: (718) 237-0880  Fax: (718) 237-0888
NJ Office: 590 Palisade Avenue, Jersey City, New Jersey 07307 Tele: (201) 920-3462; Fax: (201) 763-7675
Florida Office: 1234 E. Concord Street, Orlando, Florida 32803 Tele: (407) 897-0880; Fax: (407) 897-8558

**Bernard Mitchell Alter**, Member of the New York, New Jersey, Pennsylvania, Florida,
Georgia, Colorado and South Carolina Bars
**Stephen V. Barbaro**, Member of the New York Bar
--------------------------------------------------------------------------------------------------------
**Troy J. Lambert**, of counsel, Member of the Florida, New Jersey, New York and Georgia Bars

April 12, 2016

The Honorable Dora Irizarry
United States District Judge for the
Southern District of New York

I prepare this letter in support of Senator John L. Sampson, in a plea for leniency in
sentencing due to his recent adjudication of guilt. I have known John for the better part of the
last 20 years. I met him while working on his campaign in the 19th Senatorial District of
Brooklyn, after graduating from Brooklyn Technical High School. John's disposition and
kindheartedness towards those who seek his help and representation is what encouraged me to be
the professional that I am now.

Currently, I work for the Law Firm that John started out in so many years ago, managing
the Orlando office in Florida and assisting in the firm's branching out into multi-jurisdiction
practice. It is John's accepting me into his office to work as a District Representative giving an
opportunity to represent his constituency through politics. After winning the election, John
immediately relocated the Manhattan office to the heart of his Senate District in Brooklyn to be
more accessible, visible and better serve the needs of his constituents. John's approach taught
me diplomacy and resolution of issues through discourse and negotiation. His constituents
depended on him and they have come to expect that he deliver as he always has. He is a
pinnacle in the community notwithstanding this blemish on his reputation.

I cannot say what leads a shining star to fall as John did. However, coming from the
streets of Brownsville Brooklyn and educating one's self to become a learned professional is not
an easy task, with the lure to pursue fast money absent hard work. Yet this is not the lesson I
learned working with John, as I continue to hold him in high regards and look up to him as a role
model to emulate.

Therefore, with this letter, I beg for leniency in sentencing on behalf of a man who has
inspired many others after me on a path to representing those in need in the legal profession.

Very truly yours,

Troy J. Lambert, Esq.



**Linden Plaza Leaseholders -Tenant Association Council**
Mailing Address: P.O.Box 170024 Ozone Park, New York 11417
Contact Phone # 212-731-4119

*Tenant Council*
*Executive Board*
*President*
*Pamela Lockley*
*Vice President*
*Barbara Canady*
*Secretary*
*Jane Lockley*
*Treasurer*
*Leonard Andre*
*Parlimentariam*
*Stephanie Grant*
**Building 1-760**
**Donald Black**
**Wilhelmina Hanberry**
**Rita Smith**

**Building 2 - 790**
**Barbara Canady**
**Lisa Canady**
**Mary Young**

**Building 3 - 735**
**Vera Hamilton**
**Jane Lockley**
**Pamela Lockley**

**Building 4 - 765**
**Leonard Andre**
**Yvonne Moore**
**Yves (Mike) Sajous**

**Building 5 - 675**
**Stephanie Grant**
**Corretta Blackett-LeGall**
**Consuelo Murphy**

**Town Houses**
**Bldg 1 - Angela Jones**
**Bldg 2 - Marilyn Perkins**
**Bldg 3 - Vicente Delgado**
**Bldg 4 - Francine Moore**

Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

April 4, 2016                                    **Re: John L. Sampson**

Dear Judge Irizarry,

   As the Executive Board of the Linden Plaza Leaseholders'- Tenant
Association Council, we represent 1,525 families in our pre-1974 Mitchell
Lama development. In 2008, our tenants suffered through, and are still
suffering from what an HPD Assistant Commissioner described as, "the
most complicated, confusing, conversion in the history of the country".

   In 2010, our Tenant Association reorganized into a Tenant
Association Council- with totally new members and a totally new
membership structure. Since our reorganization, our former Senator,
John Sampson worked with us tirelessly, to find out: what happened to us;
why did it happen to us; and what can he/we do to fix it.

   Mr. Sampson was instrumental in convincing Deputy
Commissioners, Assistant Commissioners, CEO's and other high ranking
officials to have round-table discussions with our tenant representatives.

   In 2012, 13 of our Linden Plaza tenants filed separate, Pro Se cases
in Federal Court that were heard in 2013 by the Honorable Judges:
Gleeson, Kuntz and Weinstein. Our very valid complaints of fraud and
rent overcharges were only dismissed because we did not structure our
complaints in a manner that gave the Federal Court "subject matter
jurisdiction".

In July 2013, the Honorable Judge John Gleeson respectfully encouraged the tenants and the Tenant Association to go back to the agency officials and our elected officials to resolve our very serious and valid issues/complaints.

Although he was already offering his assistance since 2010, John Sampson, who sent a senior staffer to observe the 2013 Federal Court proceedings, immediately stepped up his involvement to act as a liaison between us, and the city/state agency officials.

Prior to the 2013 Federal Court proceedings, John Sampson was successful in getting our elected officials from the City Council, the New York State Assembly and Congress to come to his office to meet with our Tenant Representatives. All in attendance were amazed; according to one of the elected officials, no one has ever been successful in getting all 4 elected officials in a room together at one time. We are so grateful that Mr. Sampson and his staff were successful in convincing our electeds that our issues were serious and that each elected official needed to be involved.  As our Senator, John Sampson recognized that the tenants in Linden Plaza are like one big family that needed his help.  He never turned his back on us.

This has been, and continues to be, a long and hard fight for a fair and just resolution on behalf of our tenants.  We have John Sampson to thank for assisting us in obtaining valuable information and taking part in very helpful discussions with agency and elected officials. He has been by our side and continues to be a supporter of the community he once served.

As you consider his sentence, we ask you to please consider the many years of valuable and honorable work Mr. Sampson has done on behalf of his constituents as well as his non-constituents while serving as our New York State Senator.

Sincerely,

**The Linden Plaza Leaseholder's Corporation**
**Tenant Association Council-Executive Board**

_____
Pamela Lockley, President

_____
Barbara Canady, Vice President

_____
Jane Lockley, Secretary

_____
Leonard Andre, Treasurer

_____
Vera Hamilton, Financial Secretary

_____
Stephanie Grant, Parliamentarian

Babylon, New York ███

To Whom It May Concern,

My name is Gregory Martin and I am a resident of The State of New York, currently living in the County of Suffolk for the past 18 years. Prior to that time, I resided in The City of New York, living in The Borough of Brooklyn where I was raised. I have been married for the past 22 years and am the proud father of two young men. I am currently employed by The County of Nassau as a Police Officer for which I have served dutifully for the past 22 years. Prior to that, I served proudly The People of The City of New York for five years also as a Police Officer.

I am writing this letter on behalf of my friend, someone whom I consider my brother, Ex-State Senator John L. Sampson. In this letter, I will refer to him as the only thing I want to know him as...plain old 'John'.

I have had the pleasure of knowing John for approximately 43 years. We grew up in an area in the southeastern part of Brooklyn known as East Flatbush. We lived approximately five blocks apart, attending grade and middle school together. John is only two years older than me, but I always looked up to him as one of my older brothers and role model. He was always well-mannered, and well-groomed, with a calm, encouraging personality that many teenagers in that era where we grew up did not possess. We grew up playing youth baseball together for many years with the Police Athletic League and the South Shore Baseball Association. Our love for sports and with music constantly kept us busy and preoccupied, preventing us from falling victim to the sometimes dangerous streets of the inner city. Whether we played baseball, softball, basketball, handball, or our first love football, we made sure we stayed active and energetic.

Although recreational activities brought us many fun times, it was a momentary break from our true passion — a devoted love for academics. During elementary and junior high school, our mothers — the late Carrie Sampson and Vernetta Martin — were longtime members of the Parents-Teachers Association. Their devout participation encouraged John and I to achieve nothing less than perfection, for which we both strived. During that time, academics were extremely easy and unchallenging for me, but my friend John struggled at times. I recall being in the 7th grade and John was in the 9th grade. I went to John's house to spend time with his younger brother, Derrick, who was my best friend. Derrick and I received our report cards and John did as well. We had outstanding grades, however, John did not. In my opinion, it was that day that changed his life. John received some stern discipline from his father, the late Clement Sampson. It was a moment in my life that I still remember and will never forget.

As we entered High School, John began to develop a love for reading and obtained a work habit that was undeniable. Academically, he was highly successful, graduating with honors. He excelled athletically as well as a member of the Varsity Football and Baseball teams.

When he attended Brooklyn College, he expressed interest in Political Science. I admired his devotion to his academic workload as he pursued his dream to become an attorney. John always expressed his desire to help people in any capacity he could and the communities in which they lived. He was born in Brooklyn, a product of the public school system, and continued his higher education at a city college and then on to a state university school of law — all of which took place in The State of New York. During this rigorous pursuit, John still managed to find time to give back to the community.

In the late 1980s and early 90s, John and I had the opportunity to coach youth football for an organization known as the Brooklyn Skyhawks. At a young age, John was an assistant coach for mostly

disadvantaged kids ranging from ages 5-16. During our coaching years together, John would quite often commute from Albany on the weekends and we managed to teach the children discipline and the formula to be successful on the gridiron and in life itself. It was at the Parade Grounds where we won numerous championships and, most importantly, put smiles on young people's faces as they had mentors to look up to.

By the time John graduated from Albany Law School and entered the workforce, he became a mentor and confidant to everyone. I am sure this eventually became overwhelming at times. As I pursued my career in law enforcement, I was extremely proud of my lifetime friend as I watched his success from afar. Whether he represented clients in the court of law or fought for the appropriate legislation for the People of The State of New York, John Sampson has always put others first.

I recall when my mother passed away in 2006 in Orangeburg, South Carolina. John managed to take the time out of his excruciating schedule to attend her funeral, driving himself 13 hours to and from New York on minimal rest. Repeated acts of kindness like this to my family, his community, and an entire state is how I know John to be. He has always been a loving family man with a wife and three young daughters, who always, as long as I have known him, placed others before him. He has lived an entire life where he has done more positive things than most.

I am writing this letter on behalf of my friend, Ex-State Senator John L. Sampson, in a show of support and a plea for leniency. He has been a man of outstanding character his entire life. There is no perfect man or woman. Everyone deserves a second chance. Please take into consideration all the positive things John has done compared to his alleged misfortunes.

Thank you for your time and consideration.

Sincerely,

Gregory E. Martin

March 29, 2016

Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

RE: John Sampson

This is a letter of character regarding John Sampson.

My name is John McKeon. I am a Vice President of Human Resources at Kingsbrook Jewish Medical Center in Brooklyn, New York. I have had the pleasure of working with John Sampson in the furtherance of healthcare for the men and women of Central Brooklyn for approximately 19 years. I have also had the opportunity to see John as an advocate for his constituents as a person involved in the provision of healthcare in Brooklyn for over 27 years. He has worked tirelessly as a New York State senatorial representative for the 19th District. I know him to be a relentless champion for the community he represented. He displayed a genuine commitment to the well-being of all the residents of Brooklyn by the way he listened, and heard, what they were saying.

John's insight and understanding of the dynamics of change in the Brooklyn communities led him to the realization before many that the healthcare behemoths would carve out the pockets of insured communities and leave Central Brooklyn with non-viable, private voluntary hospitals. He understands that only through consolidation could the necessary marshalling of resources produce a viable healthcare delivery system. John has been spear-heading a group of politicians and ministers to form the 'Greater Brooklyn Healthcare Cooperative' and is the leading force in a brilliantly conceived effort to maintain community involvement in healthcare initiatives. I fear in his absence, a suburban based provider will be determining what healthcare options are available for Central Brooklyn.

I am knowledgeable of the conduct that precipitated his conviction and his efforts to right his wrongs, including the restitution of money that he illegally diverted. John's loss of his elected position as well as the trust of the communities he served is the greatest blow to a person that I have observed of any individual that I know. His loss of credibility in the eyes of the men and women of Brooklyn has been devastating. I find him to be truly despondent.

Whenever John has spoken about his family with me, there has always been a sparkle in his eye. I believe that sparkle is gone at the realization of the impact of what his actions have done to them. He understands full well that he has foreclosed his ability to provide for his family through the practice of his second greatest passion, the practice of law.

I would ask you to find justice served in the loss of his accreditation for his vocation and the loss of respect in the community he served. These facts alone are a crippling penalty for a man who pulled himself and others up by the bootstraps to secure the highest level of education and success that his ancestors had ever achieved.

Thank you for your consideration.

Respectfully,

John McKeon



**CULTURAL**
**ARTS**
**ACADEMY**
CHARTER SCHOOL
AT SPRING CREEK

**CHARACTER REFERENCE**
**John Sampson**

April 13, 2016

Dear Sir or Madam:

I am writing this character reference for John Sampson whom I have known for more than ten years. I met him and his family through his mother who was my very dear to me. I would pick his mother up on Sundays and drive her to our church where John, too, is a member. John's mother loved each one of her children and always wanted the very best for them. Like me, John's mother was a public school educator for many years. When I became a principal, she made him speak at my school's first graduation. She stressed the importance of education to her children and grandchildren, which accounts for John's early successes in life.

When John became an elected official, his mother was so proud; she was always in awe of the love that the community had for her son. When John Sampson was elected to public office, we watched him speak with his constituents about problems, concerns or suggestions they had for his district. He took phone calls and listened to citizens who wanted to share their opinions. I was particularly inspired with his focus on taking care of the needs of the elderly in his community. He read mail from the people in his district to find out their attitudes towards issues. I can affirm that he has been a man who is extremely dedicated to three things: his family, his dog and his job.

When I founded a charter school six years ago, John Sampson wrote a letter of support for our school. John Sampson met my expectations as a positive influence in our community, with no reservations. Thank you for taking time to read this letter. Kindly consider his aforementioned attributes when making your decision. If you need any further information, I may be reached at lmidgette@caa-ny.org.

Sincerely,

Dr. Laurie B. Midgette, Founding Principal

New York, NY ███████

March 22, 2016

Honorable Dora Irizarry,
United States District Judge
United States District Court, eastern district
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Irizarry,

I am happy to write this letter on behalf of my dear friend, Mr. John Sampson, whom I have known for twenty-five years.

John, as he is affectionately called by everyone, and I became friends when I was employed at District Council 1707, AFSCME, AFL-CIO, which represents day care, head start, home care, social service and education employees.

He was a tireless advocate for the members of our union, since they all provided important services to our great city. As state senator for the 19th district, he would always lend his expertise and unconditional support for our union members. John was that representative who cared and was always there for our union members without being asked. The members of our union dearly loved him. However, his concern did not end there.

While John was elected to the 19th senatorial district, his concern was for every community in this great city of ours. I can attest to this commitment.

As an activist in New York City and especially in the Guyanese community, I witnessed first hand his commitment to our community. As the president of the Guyanese American Workers United and a member of the Guyana Day Committee USA, Inc. [a cultural organization], he was always there to lend his support to the work we did in the community.

Despite a very busy schedule, he always responded when the community, whether in his district or not, had issues and concerns related to immigration, housing, education, voting rights and any other problems of the community. He is loved and respected in the Guyanese communities across this city. During the 2010 census, I remember vividly, John attending many presentations and informing the community the importance of participating in the census. He is considered an asset to our community.

John's service to his district and the people of the state of New York is commendable and I will always be grateful for it

Sincerely

Charles Hetram Mohan [Chuck]

April 12, 2016

Honorable Dora Irizarry
United States District Judge,
United States Eastern District
225 Cadman Plaza
Brooklyn, New York 11201

Dear Honorable Dora Irizarry,

My name is Joseph Norton. I have been a resident of Brooklyn for over 30+ years. I am an ordained minister, owner of Norton Taxes, LLC, Joseph Norton Realty Corp., Guytech Mgmt. Services, Inc. And RiverRock LLC. My businesses are located in Brownsville, Brooklyn. I have been a fixture in that community for well over 25 years.

I write this letter in support of a man I truly admire, that is John Sampson. I heard of Mr. Sampson before I actually met him. There was talk in the community that he was someone who you could reach out to if you need help. My first encounter was when he walked into my business unannounced asking if I and other small business owners needed assistance. This was rare. Very rarely you would see an elected official walk the community unless its election time. This wasn't an election year. Furthermore, he didn't ask for help, he was offering help. I was impressed. After that, we developed a great friendship.

John was someone you could call on 24/7, if you needed help. For example, when I was trying to secure a license from New York State Banking Department to start a money transfer business/check cashing business, they gave me the run around. I called John and a meeting was facilitated with them in a matter of weeks. Another example was when he secured funding for me to build River Rock Housing in Brownsville, Brooklyn. I was seeking assistance for years. John delivered what was needed. I was able to build 54 units of affordable housing and 10,000 square feet of commercial space. Finally, when facing foreclosure, John gave me guidance and assistance during this difficult time.

John was a fixture at community board and precinct council meetings. If residents had issues or questions, John stayed around to speak to each one. John

spoke to them not his staff.  John was hands on.  He made the people feel important.

Your honor, despite his legal problems, he never wavered once in his representation of his community.  About 2 or 3 years ago, I was at a groundbreaking of a senior citizen housing facility a few blocks from my development.  The developer was a church in Brownsville.  At the groundbreaking, the Pastor thanked John over and over for providing support to her dream when all others tried to extinguish it.  John had a lot going on but still provided the necessary funding to provide senior housing in Brownsville.

Your honor, I ask that you take into consideration all the good works of Mr. Sampson.  He doesn't hold press conferences or give interviews.  He rolls up his sleeves and quietly works with the people.  That is a man who is amongst the people.

Thank you,

Joseph Norton

**Debra S. Reiser, Esq.**[†]
Counselor at Law

NEW YORK CITY:
1430 Broadway
17th Floor
New York, NY 10018
TEL: (212) 370-0955
FAX: (212) 201-1171
E-MAIL: dsrlaw@aol.com

SOUTHAMPTON:
176 North Sea Road
P.O. Box 5041
Southampton, NY 11969
TEL: (917) 797-8008
FAX: (631) 283-5385

Ira C. Podlofsky, Esq.
Of Counsel

Joanne Blair, Esq.
Of Counsel

Judith Mitchell, Esq.
Of Counsel

[†]admitted in NY and MA

April 29, 2016

The Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

Re: *United States v. Sampson*

Your Honor:

I have been a personal injury and medical malpractice attorney since 1990. Prior to that, I worked in an insurance defense firm and in the Appeals and Homicide Bureaus of the District Attorney's Office, Bronx County.  I send this correspondence on behalf of my friend and colleague John Sampson.

I first met John in 1999 and he has worked on several cases with my office, when the plaintiffs were constituents of his. John's tireless efforts to obtain justice for his community members often astounded me. He was staunch in standing up for people who, for reasons of economic or educational disadvantage, could not stand up for themselves. He was unwavering in the pursuit of a fair result when people received inadequate or otherwise negligent medical care with devastating results, or were the victims of other types of negligence. John always ensured that the children of his constituents who were injured received their due, sometimes by referring them to me for legal representation. These matters included a young college student struck by a New York City bus, who suffered a fractured skull with a brain injury, and a 41-year-old woman who was rendered severely brain injured after a routine diagnostic procedure at Downstate Hospital. John's assistance to these individuals did not end with a referral, however. Rather, he would remain in contact with me to offer any assistance he could. All of John's constituents were members of his family; indeed, he referred to most of them as his "cousins". He certainly treated them all as valuable and respected family members.

Based on our work together, John and I have had a profound mutual respect for one another for almost 20 years, which is the reason I am writing to the Court on his behalf.

Thank you for your consideration of these remarks.

Respectfully yours,

DEBRA S. REISER

## American Legion Canarsie Post #573
## Kings County Department of New York



## 1130 East 92nd Street
## Brooklyn, New York 11236

The Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn NY 11201

April 11, 2016

Dear Judge Dora Irizarry:

My name is Carlton Richardson and I am currently the Commander of the
Post. I have been the Commander since 1999. I will write about New York
State Senator John Sampson.

I was the Chairmen of the Canarsie Memorial Day Parade from about 2000
to 2008. Senator Sampson was one of the leaders in the Canarsie
Community for support of the parade. He donated money and had
volunteers from his staff to help out the parade committee. He marched in
the parade alongside me.

I served on the Community Education Council from about 2008 to 2010.
Every year Senator Sampson would have a breakfast and awards for the
parents, students and teachers that stood out. He would have someone
from his staff for our monthly meetings. Senator Sampson also gave a grant
to the Council.

Senator Sampson has always have his open for local veterans' issues.  He has donated funds and materials to the post.  He has come down to post, to have meetings with the veterans to hear what was going on.  Senator Sampson and his staff always gave great respect to the veterans in Canarsie.

In conclusion, my opinion Senator Sampson was a great access to the veterans in Canarsie. I would always consider Senator a friend of mine.

Legionaly Yours,

*CA Richardson*

Carlton Richardson
Commander

Honorable Dora Irizarry
United States District Judge,
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

Tuesday, March 29, 2016

Dear Honorable Irizarry:

My name is Inez Rodriguez. I have been a resident of Boulevard House in East New York, Brooklyn for 45 years. I have been the President of Boulevard tenant Association for the last 16 years. I have been a community activist for the last 30 years. I was also the sergeant of the Auxiliary Police for the 75th Pct. 20 years ago. I was also the founding member of Grandmother's love against violence. I am also on the board with our seniors and youth organization of Boulevard Houses.

I'm writing this letter on behalf of former Senator John Sampson. He has been an inspiration to the East New York Community. He seized 4 million dollars to install cameras in NYCHA development throughout East New York. He was the sponsor of our annual family day. He also sponsored events for our seniors and youth. He was always respectful and help many individuals in our community. He was a great leader and worked with me side by side in helping the youth and the elderly.

I want to tell you about an incident of his sincerity and kindness. While attending a funeral for P.J, the child who was killed in Boulevard Houses by a mentally ill individual, I told Mr. Sampson that my Vice President Clara Wood's son had been arrested for unpaid tickets in which he though he paid for.   Mr. Sampson went into pocket at the funeral and gave Mrs. Woods the funds to pay for her son's tickets. Your honor, that is who Mr. Sampson is. We miss him. Despite his legal challenges, he is always available to us in the community. If further information is needed please feel free to contact me at ████████

Sincerely,

*Inez Rodriguez*

Inez Rodriguez,
T.A. President

Honorable Judge Dora Irizarry
United States District Court
Eastern District of New York

Re: John Sampson

Dear Judge Irizarry:

My name is Derrick Sampson. I am John Sampson's younger brother. John and I grew up together in a small house in Brownsville Brooklyn, New York. The neighborhood claims some of the toughest housing projects in the city. Gangs, violent crimes and the birth of the crack epidemic were all prevalent in our neighborhood. Making it out of the hood, living the "American Dream", not many of us thought this was possible. That is why John is our role model. He did it! Through hard work and dedication, John is our "diamond in the rough".

We did not have wealth and riches, we were blessed with our beautiful nurturing mother and our father, an immigrant from Guyana, was a good provider. He worked long, hard hours as a carpenter. He was the first one out in the morning, and the last one in that evening. I saw this same trait in John. At age 11, John and I would go around the corner to the local supermarket and pack grocery bags for tips. Around the same time, John picked up a paper route. He was then leaving the house as early as dad. He'd be back by 6:45 am and prepare to leave for school. There was always a lot of love in our house, but watching my brother's commitment to work, he earned my respect.

John was not always a natural scholar. During his elementary school years, he struggled academically. Our dad demanded we excel at school, even if it meant "using the rod." Through hard work and dedication John's grades picked up. John graduated from Brooklyn College and then Albany Law School. While focusing on his higher education John made time to give back to the community. Together we coached 11-12 year old boys in the Pop Warner football organization The Brooklyn Skyhawks. John volunteered his Saturdays for over ten years helping to develop hundreds of inner city kids.

For almost 20 years John has served as a state senator. He has made his family proud and served his community well. He continued to care for our parents despite his hectic schedule until their deaths. Even through his charges, and the governor and mayor against him, his constituents and community re-elected him.

I'm disappointed because I believe some of John's actions to be wrong. Knowing the work ethic, dedication and intelligence John possesses I expect more from him. He is truly remorseful and disgusted with himself.

Respectfully yours,
Derrick Sampson

Honorable Judge Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201
04/12/16

Dear Honorable Judge Irizarry,

It seems as though every time we — the Sampson family — go on an outing of some sort, my mom, sisters and I find ourselves stopping and waiting for dad. "Sampson!" yells an older black man dressed in jeans and a white button-down shirt outside of Linden Blvd Multiplex Theater as he fervently tries to capture my dad's attention. "Oh hello, Mr. Simmons! So good to see you, sir! How are you doing?" asks Dad. 5 minutes pass. Another 5 minutes pass. If Dad doesn't hurry up, there's a likely chance that we'll miss the beginning of the movie — something Mom, Jay, Willow and I won't be too pleased about. However, more than likely, this older gentleman is one of my dad's constituents or someone my dad has helped out in the past. While these interactions occur often, it never ceases to amaze me just how many people my dad knows and vice-versa. It's awe-inspiring to see just how many people my dad has impacted during his many years as a New York State Senator.

I'm blessed to say that I am where I am today in my life because of the endless support, love and guidance from my wonderful parents. I, in fact, often tell people about their stories. How Mom grew up in a single parent household and was one of the first members of her family to attend college and go on to become a mastermind of a CPA. How Dad is first-generation but how he didn't let that stop him from graduating from Brooklyn College and working several jobs simultaneously just to put himself through Albany Law School since his parents weren't able to do so.

Even more so, it seems as though every other day, my mom reminds me of how much a go-getter my dad is. And it's true. I don't think I've met an individual who is able to match my father when it comes to his work-ethic. If he's not in Albany, then he's in trying a case in a courthouse in Downtown Brooklyn. If he's not in Court then he's at the office meeting with a constituent in Canarsie. If he's not meeting with a constituent then he's cheering my sister on at her Varsity basketball game on the Upper West Side. And on and on. The question is: How does John Sampson do it all? And while I, Kyra Sampson, do not have the answer to that question, I can say that my dad has been a true role-model for me all of my life and for that, I'm incredibly grateful. Not only is he caring and endearing, but he's a true soul. He's the kind of dad who may not make it to every Mock Trial Tournament because he's busy with work; however, he'll always make it up by taking you out for pizza after school. He's the kind of dad who'll stay up late with you working on a math homework just so you can be prepared for that exam — of which counts



for 20% of your quarter grade -- the next day. He's the kind of dad who'll wake you up on Saturday mornings and tell you to get dressed for brunch -- your favorite. He's the kind of dad who will love you endlessly, even when you hit a bump in the road that is life. This sort of love and this sort of compassion are two things my dad has worked to install in my sisters and me since we were born. There's a likely chance that because of him and Mom I won the Model Citizen Award in Middle School during the 7th and 8th grade. Furthermore, there's a likely chance that I've decided to go to Law School after graduating from Columbia University because of the work Dad has done throughout his own law career. As a lawyer, I've seen Dad believe in his clients during times when the facts weren't looking good, during times when everyone -- even the client's own family -- began to lose hope, during times when the pressure was seriously on. However, that didn't stop my father as he's a man who fights for what he believes in. No matter what. And because of him, I, too, fight for what I believe in -- something I hope to do for the rest of my life. My dad's strength, will-power, knowledge and compassion are absolutely awe-inspiring and inspirational. It's because of him that I, too, have a love of helping others and it's because of him that my sisters and I will go on to make this world a better place one day.

"Alright, Sampson. Big ups, my brother. Thank you for all you do, as always," dotes the older gentleman as he shakes my dad's hand and begins to run in order to catch up with his own family in the movie theater parking lot. "Ladies, your father is a wonderful man! He's one of few good ones out here!" he cries mid-jog, turning back every so slightly to address my mom, sisters and me. And with that, I smile, as if I didn't know just how remarkable a human-being John Sampson really is.

-Kyra Sampson

2

Honorable Judge Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201
04/12/16

Dear Honorable Judge Irizarry,

It seems as though every time we --- the Sampson family --- go on an outing of some sort, my mom, sisters and I find ourselves stopping and waiting for dad. "Sampson!" yells an older black man dressed in jeans and a white button-down shirt outside of Linden Blvd Multiplex Theater as he fervently tries to capture my dad's attention. "Oh hello, Mr. Simmons! So good to see you, sir! How are you doing?" asks Dad. 5 minutes pass. Another 5 minutes pass. If Dad doesn't hurry up, there's a likely chance that we'll miss the beginning of the movie -- something Mom, Jay, Willow and I won't be too pleased about. However, more than likely, this older gentleman is one of my dad's constituents or someone my dad has helped out in the past. While these interactions occur often, it never ceases to amaze me just how many people my dad knows and vice-versa. It's awe-inspiring to see just how many people my dad has impacted during his many years as a New York State Senator.

I'm blessed to say that I am where I am today in my life because of the endless support, love and guidance from my wonderful parents. I, in fact, often tell people about their stories. How Mom grew up in a single parent household and was one of the first members of her family to attend college and go on to become a mastermind of a CPA. How Dad is first-generation but how he didn't let that stop him from graduating from Brooklyn College and working several jobs simultaneously just to put himself through Albany Law School since his parents weren't able to do so.

Even more so, it seems as though every other day, my mom reminds me of how much a go-getter my dad is. And it's true. I don't think I've met an individual who is able to match my father when it comes to his work-ethic. If he's not in Albany, then he's in trying a case in a courthouse in Downtown Brooklyn. If he's not in Court then he's at the office meeting with a constituent in Canarsie. If he's not meeting with a constituent then he's cheering my sister on at her Varsity basketball game on the Upper West Side. And on and on. The question is: How does John Sampson do it all? And while I, Kyra Sampson, do not have the answer to that question, I can say that my dad has been a true role-model for me all of my life and for that, I'm incredibly grateful. Not only is he caring and endearing, but he's a true soul. He's the kind of dad who may not make it to every Mock Trial Tournament because he's busy with work; however, he'll always make it up by taking you out for pizza after school. He's the kind of dad who'll stay up late with you working on a math homework just so you can be prepared for that exam -- of which

counts for 20% of your quarter grade -- the next day. He's the kind of dad who'll wake you up on Saturday mornings and tell you to get dressed for brunch -- your favorite. He's the kind of dad who will love you endlessly, even when you hit a bump in the road that is life. This sort of love and this sort of compassion are two things my dad has worked to instill in my sisters and me since we were born. There's a likely chance that because of him and Mom I won the Model Citizen Award in Middle School during the 7th and 8th grade. Furthermore, there's a likely chance that I've decided to go to Law School after graduating from Columbia University because of the work Dad has done throughout his own law career. As a lawyer, I've seen Dad believe in his clients during times when the facts weren't looking good, during times when everyone -- even the client's own family -- began to lose hope, during times when the pressure was seriously on. However, that didn't stop my father as he's a man who fights for what he believes in. No matter what. And because of him, I, too, fight for what I believe in -- something I hope to do for the rest of my life. My dad's strength, will-power, knowledge and compassion are absolutely awe-inspiring and inspirational. It's because of him that I, too, have a love of helping others and it's because of him that my sisters and I will go on to make this world a better place one day.

"Alright, Sampson. Big ups, my brother. Thank you for all you do, as always," dotes the older gentleman as he shakes my dad's hand and begins to run in order to catch up with his own family in the movie theater parking lot. "Ladies, your father is a wonderful man! He's one of few good ones out here!" he cries mid-jog, turning back every so slightly to address my mom, sisters and me. And with that, I smile; as if I didn't know just how remarkable a human-being John Sampson really is.

-Kyra Sampson

March 30, 2016


Hon. Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

Dear Judge Irizarry,

My name is Yvette Sampson-Henriquez. I am writing to you on behalf of my brother, John Sampson, who was on trial in your courtroom from June 22nd to July 24th, 2015.

I would like to ask you to please look at my brother and the course of his life, and understand that actions that we may take throughout life may often be misguided and possibly egregious; yet it does not define us as a person.

John knows what it is to be an underdog. As a child, he was a chubby little boy who had difficulty learning in school. Back in the 1970s before society understood Attention Deficit Disorder (ADD), my mother was informed that he was overactive and could not learn like other children. They compared him to my brother Derrick and I, who did very well in school and were not considered overactive. The school administrators wanted my brother placed in special education, but my parents refused. Instead, they worked with him to help him to do well, so he studied longer than his peers so that he could grasp his academic lessons.

If that wasn't enough, John also had to face difficulties growing up in our squalid Brooklyn neighborhood. While he could have easily given in to the peer pressures encountered throughout the community such as gangs, drug and alcohol abuse, and other criminal activities, he remained focused and kept busy by studying, working hard in school, and engaging in enriching and productive activities throughout the neighborhood. For instance, he worked diligently delivering papers, packing bags at the local supermarkets, and taking care of stray pets. Furthermore, John played music with his friends and was active in sports and in the church. Also, he always helped the elderly neighbors.

John knew early on that he wanted to be a lawyer. He also knew that he would have to work harder than others to achieve this goal, and he did just that. My brother worked very hard in undergraduate school and when he was accepted to law school, I was very proud. I admired his dedication to his studies and for keeping his eye on the prize. I never had to study hard and always did well academically. So seeing how hard he worked despite many obstacles and still being a kind, humble, and hopeful human being, has been emotionally rewarding.

Overall, John was able to overcome the bullying that he experienced because he was an overweight child, the educational stigma that an "overactive child" could not succeed academically,

as well as the social issues that often claimed the lives of many of the young black men in our community. These are some of the reasons John has been a friend to someone that others may have ostracized.

Over the years, as my brother continued in his career and later into politics, he always put family, friends, and the community first. He always remained humble and respectful to everyone, and these characteristics have helped him throughout his life. He also has done so many things to help his family, friends, neighbors, his former political district, the State of New York, laws that he helped get passed, and jobs that he helped create. For example, John has taken time out of his schedule and from his immediate family to care for our elderly parents when our brother Derrick and I were unavailable. Furthermore, John has helped unemployed individuals land jobs, has assisted individuals in resolving landlord-tenant conflicts, and has performed other countless acts that have contributed to the revitalization of his community.

I would ask that, when making your decision in regards to sentencing, to look at my brother as a whole person, the impact that his life has had on others, the life of service that he has given to the community and New York State, and the people he has helped both as a legal aide lawyer and as a private attorney. For all of these reasons, I ask for your leniency. I thank you for your time.

Sincerely,

Yvette Sampson-Henriquez



Brooklyn, NY ▮▮▮

March 21, 2016

The Honorable Dora Irizarry

United States District Judge

Eastern District of New York

225 Cadman Plaza East

Brooklyn, NY 11201

Dear Judge Irizarry,

It is with the highest respect for this court that I take this opportunity to address this letter on behalf of Senator John Sampson, a man whom I have known for over twenty five years. As someone who has served on several organization boards from hospitals to community advisory boards, I am very knowledgeable of Senator Sampson's contribution to the community.

Senator Sampson has given free legal counsel and representation to many individuals who could not afford to pay for their required legal service. He was always the one attorney that they could turn to for help and he was always there for them. He has also done the same for several community organizations.

On several occasions, I personally reached out to Senator Sampson seeking legal advice and he always provided the highest level of legal advice and service – even without payment. Through the years, I would also refer other individuals in need to him. I was always confident that he would provide the same excellent service that he provided to me and never failed to do so.

Senator Sampson is one of the most generous and caring individuals one will ever know. He is an asset to the wider Brooklyn community and in particular to those of lower economic status.

Sincerely,

Wellington Sharpe, M.S.





**ADDRESS:**
10405 GLENWOOD RD.
BROOKLYN, NY 11236

**PHONE:**
718.257.4450

**WEBSITE:**
CROWN-MINISTRIES.ORG

*Dr. Jonathan Shaw*

*Pastor Sabrina Shaw*

April 8, 2016

Honorable Dora Inzarry,
United States District Judge,
United States Eastern District,
225 Cadman Plaza,
Brooklyn, NY 11201

**RE:** John Sampson

Dear Judge Dora Inzarry:

My name is Pastor Jonathan Shaw of Crown Ministries in Brooklyn, NY. I have been pastoring in this community for over 13 years. I've had the privilege to meet and get to know great friends over the years. John Sampson is one of those people.

While serving the local Canarsie and East New York areas, there were challenges that we had as a church and a few constituents of the community. He assisted us with our vision for the region, from public transportation to health and education street fairs. There was a bus stop that was inappropriately placed on a city block and he had it relocated for the convenience of the city travelers. When our church sought to sponsor a street fair to promote health & education, NYC initially denied our request, but after seeing the need in the community, John Sampson convinced the powers that be that this was crucial to the well being of our city and community. When East New Yorkers were faced with problems of housing and needed information and guidance to solve a major issue, it was John Sampson who came to offer his help. He came to our town hall meetings and individually helped everyone who was in need of assistance. He has always been a tremendous help to us. We were able to call upon the senatorial strength and wisdom of John Sampson and each time he came to our rescue.

Not only as an advocate for the community, I have come to know John Sampson the person. He is consistently kind, considerate and respectful. I'm supporting John Sampson for several reasons. First, I believe he has a heart that is ignited by service. Secondly, John Sampson has the ability to influence others into action. Lastly, he is determined to help those he connects with in any way he can.

I was proud to call him my senator and I am proud to call him my friend. I join the chorus of well-wishers that believe in John Sampson. Should you have any further questions please do not hesitate to contact me.

Divine Regards,

Dr. Jonathan Shaw
Senior Pastor

03-11-2016

To Whom It May Concern

I have known John L Sampson for approximately 20 years. We met while I was attending a community meeting hosted by then Senator Sampson.

John L Sampson is a dedicated individual who spent time with the senior citizens of his district 19. He was instrumental in working with Shoprite at Gateway Mall in creating over 350 jobs through the NYCEDC Fresh foods availability for low income areas program. Overall he was active in creating approximately 1000 jobs in Gateway Mall 2. Mr Sampson was very involved in the community and getting low income houses built. During his tenure over 5000 units were built in his district. He always listened to the concerns of small businesses and tried as much as he could to meet there needs.

Mr. Sampson worked closely with the Precincts' in his district to keep the crime rate low. Education was a top priority for Senator Sampson and as such he met often with the community members on how best to keep our kids in school.

During Hurricane Sandy, he put the people first. He made sure everyone had water, small kitchen appliances, mattresses and he held several meetings with the community to listen to what their needs were.

I find that Mr. Sampson has always been a respectful and humble individual. Who has put the needs of the people before anything.

Thank you

Venise Small

To Whom This May Concern:

When former NYS Senator John L.Sampson, defeated the incumbent former NYS Senator Howard E. Babush for his seat. At that time, nearly twenty years ago, I was one of if not the first constituent to contact him. As a constituent reaching out to him and not just introducing myself, but also, giving him input on improving his campaign for the future.

John has been a very strong and productive Elective Official. With great contributions given to his constituents in the community. John, has gone above and beyond to help the needs of the community. Especially the under served.Before John was elected to office, Our community did not have the convenience of a district office to serve the constituents, we had to travel to Manhattan or Albany, N.Y.. John opened a Brooklyn Office with an opened door policy, to better serve his constituents.

John helped me in obtaining my 501(c)3, and my non-for-profit, Family Community Development Program.

As a community advocate, whenever I call upon John, he is always there. He has spoken to my, Social Services Committee, on Community Board Seventeen, when I was chairperson. Bringing valuable information on legislation from the New York State Senate.

John, has attended meetings with me, with then commissioner of ACS, John Mattingly during my tenure, as Regional Vice President of, National Foster Adoptive Parents Association, for Region 2 - representing (NY-NJ-Puerto Rico-U.S.Virgin Islands and Bermuda.

Also John attended a meeting with me with then, Council member now Honorable Mayor Bill de Blasio, relating to foster care.

In 2010, John was instrumental in allocating funds in the amount of $4.000.000.,for security cameras, for New York City Housing Authority. As a resident of NYCHA, this legislation brought us a light at the end of the tunnel. Giving hope that we may all eventually receive security cameras for our safety.

John, has helped me immensely with my adoptive children. He has been a positive roll model to them and he is highly respected by them.

John is considered as my political Godson and my Son. Whenever I call upon him, he is always there.

As a parent you love all of your children unconditionally, John being no different, I have treated him the same. I have advised and reprimanded him, as well as praised him and baked many of home made cakes for him, especially German Chocolate.   .

John is just a, Gentle Giant, carrying a big stick. John has attended my church many times, as well as upon request.

He always put other people's needs before his own.

As a Community Advocate, I have and still serve my community not as much as before but to the best of my health. I have served on the District 1199 Hospital and Health Care Board, Kings County Hospital Center, Brookdale Hospital Center. I served on Community Board Seventeen, as Board Secretary and Chairperson on the Social Services Committee, I am former Vice President of Kiwanas of Crown Heights, hosting and guiding one hundred international children in the great possibilities of the urban life, by planting trees and flowers. A Tree Grows In Brooklyn Project.
For over six years, I served on the National Foster/Adoptive Parents Association,
Region 2 Vice President, representing NY, NJ, Puerto Rico, U.S. Virgin Islands and Bermuda. Additionally I have served as Community Relations and Development, Membership Chairpersons for New York State Foster and Adoptive Parent Association.
I am Past Worthy Matron of Fidelity Chapter #54, Grand Trustee of Eureka Grand Chapter Order Of Eastern Star. As well as Daughter Of Isis Abu-Bekr Court #74 all of Prince Hall
Affiliation. Former PTA Vice President for my twin sons high school.
President and CEO of Family Community Development Program.
Last but not least, presently a Member of St. Mary's Episcopal Church, serving as Lay Eucharistic Minister and Altar Guild Member.
I am a single parent of an adult married daughter, who has accomplished achieved and received her doctrine in education, and still raising my young men, with the help of the community.

In closing, "The ultimate measure of a man is not where He stands in Moments of Comfort and Convenience, but where he stands at times of Challenge and Controversy." -Dr. Martin Luther King, Jr.

Sincerely

Ms. Renae Carson Smith

Brooklyn, New York

# E. Paul Stewart, Esq.
Attorney and Counselor at Law

Brooklyn, NY

March 18, 2016

Honorable Dora Irizarry, Judge
United States District Court
225 Cadman Plaza East,
Brooklyn, NY 11201

To the Honorable Dora Irizarry, Judge U.S.D.C.:

My name is E Paul Stewart.  I am an Administrative Law Judge with the NYS Office of
Administrative Hearings.  I write this letter as a private citizen on behalf of former NYS Senator
John L. Sampson.

I have known John for over 35 years.  We are the product of the balancing act required to
survive in the rough Brownsville/East Flatbush section of East Brooklyn where we grew up.
Almost every night we heard gunshots and often had to fight just to be left alone, temporarily.
The challenges we faced were on the street and in the schools, as this was the beginning of
both the Crack and HIV/AIDS epidemics.  Often it was a risk to excel in class because the
attention received wasn't always positive.  It is only recently that I have begun to lose friends at
the rate we did as a teenagers.  The key difference is that today it is the result of heart attack
and stroke while in our youth it was from shootings, stabbings, murder and AIDS.  We are
rightfully considered lucky to have been able to stem the tide and achieve the successes we
have.  Despite our surroundings, from our earliest interactions John displayed a maturity and
civic mindedness that distinguished him amongst his peers.  I know him to be a caring and
conscientious family oriented person from a close-knit family.  To that end, I know he has been
shaken by the recent loss of his father, their family's patriarch.  Throughout this trying time he
remained steadfast in his community involvement.

In his capacity as a State Senator, John was known amongst his peers, constituents and many
outside his district as accessible and responsive.   There is no doubt that this ordeal has
tarnished his reputation, amongst those who don't know him or were far removed from his
constituency.  Oft times, John's staid and contemplative demeanor obscures his compassion
and zeal for public service.  Nevertheless, this matter cannot erase his many positive public
service contributions as an elected official.  The residents of Starrett City (now the Towers at
Spring Creek) remember how Senator Sampson saved their tenant protection rights.  John
prevented the closure of Senior Centers in Brownsville and East New York, giving back to the

communities where we grew up.  Senator Sampson's efforts toward leveling the playing field were further demonstrated in his role in the enactment MWBE legislation.  During his tenure on the NYS Senate Judiciary Committee he increased the number of acting minority Supreme Court Judges statewide. John's actions helped bring $750 million to the State Education Department in a time when education has been facing drastic cuts and underfunding.  Senator Sampson's commitment to positive change was evident in his voting record and the issues he supported.

I ask that the Court consider John Sampson's background and service in totality. I implore you to temper justice with mercy, in your decision regarding John Sampson the public servant and my friend.  Thank you in advance for taking the time to read my correspondence and your thoughtful consideration.

Sincerely,

E Paul Stewart

April 10, 2016

Honorable Dora L. Irizarry
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

In 1997, my husband and I became pregnant.  Later that year at 32 weeks pregnant I went into premature labor and was rushed to the hospital and hospitalized for several days.  During my stay I was given several tests to determine the cause of my premature labor.   One of the tests that was given to me was a Sonogram.  The Sonogram images showed my baby had no left kidney with the possibility they both kidneys were on the right side, cystic and not functioning.  My doctors followed me very closely after this diagnosis.  When I gave birth to our baby several medical teams were present preparing for a high risk delivery due to her renal failure.  After giving birth no one was prepared for the multiple medical anomalies my baby had occurred while in the womb.  She was born 8 pounds and 1 ounce and as I held her she looked beautiful and normal.  She was rushed to the neo natal intensive care unit immediately after I gave birth to her to have her first x rays and Sonogram.  The Sonogram not only showed no left kidney in addition it showed 2/3 of her colon was missing and she had an absent bladder.

She was initially given 24 hours to live, with that diagnosis I went numb.  The hospital let me stay an additional day so that I could say good bye to a baby that time had expired according to her doctors.  I used that extra day to call all my friends that was spiritual or religious and I prayed too.  I wanted my baby to survive and I knew I had to fight to keep her alive since I was given such a devastating prognosis.  I decided I would give her the name Jewel Sunshine.  As time went by I would find out Jewel, had more medical issues then her doctors initially thought.  By the time she was 6 years old she had become deaf from all the toxic medications she was give since birth.  Finally I was told Jewel was the only child alive in the world with all of her medical anomalies.

 I wrote multiple letters to the New York State Department of Health, my local senator, I spoke with multiple doctors, basically anyone that would listen to me and at the end of the day they all decided they could or would not help me.   I would spend the next 11 years searching for someone to help me find a team of pediatric doctors that would be capable and brave enough to do the multiple surgeries Jewel would need in order for her to have a better quality of life.  By 2008, I had moved into a different neighborhood with my daughter.  I was still struggling to find someone that would help me find the right doctors for Jewel.

I went on the internet and found Senator John L. Sampson.  I called his office and made an appointment to see him.  I brought Jewel with me so he could see the child I wanted him to help in person.  I was prepared for our appointment, and had written him a letter outlining the medical issues I needed help with.  I was given a folder with a constituent form in it to fill out and after filling out the form I attached

my letter to it.  He read his form then read my letter and said "I am going to help you with your daughter." I showed him some of the basic medical issues Jewel had.  He said I'm not a doctor but "I am going to help you with your daughter."  I began to cry because within the 11 years I had searched for help for Jewel, he was the first person to reach out to me and tell me in my face "I am going to help you with your daughter."  He said to me do you mind if I pass this letter on?  I said go right ahead.

Within a few days I received a phone call from a pediatrician at Brookdale Hospital.  A reporter from News 12 called me and featured Jewel in a segment to reach out to the community for help.  I was also interviewed by a journalist from The New York Daily News and we were featured in the paper.  The doctor from Brookdale Hospital reached out to Wake Forest Hospital in North Carolina and Boston Children Hospital.  For me it was like my life caught on fire in a good way.  Finally, doctors were reaching out to me asking me could they be a part of team Jewel.  I was invited to Boston Children's Hospital to meet with the Urology team and when I told this to Senator Sampson, he began to raise the monies we needed in order to get there.  During our meeting I was asked by the Nephrology team could they be a part of Jewel's treatment.

Within 18 months Jewel would have the multiple surgeries she would need in order to get a kidney transplant and then her first Kidney transplant.  Jewel, had complications after her Kidney Transplant and needed to spend an additional 5 months hospitalized at Boston Children's Hospital.  For those 5 months I entered The Boston Children's Hospital patients housing program.  The program was $15.00 a day and Senator Sampson raised the funds needed to pay for that.  Within those 5 months I had difficulty making one of my rent payments in Brooklyn New York, when Senator Sampson found that out he contacted a charity to help me make that payment.

Over the years Senator Sampson, Jewel and I would develop a relationship.  He was more like a God father to her, stopping by to make hospital visits when she was hospitalized and even visited her at home to see how she was doing.  Jewel, is now 18 years old and thriving.  She may be little in stature at 3 feet 10 inches tall but she has a personality that would fill a room.  She's been placed yet inactive on the Kidney Transplant list at Cornell Hospital in New York City, awaiting another reconstructive bladder surgery in order to receive her second Kidney transplant.  If not for the introduction to Senator Sampson and his caring and kindness over the years and others like him, Jewel would not be here today for me to tell our story.

Respectfully,

Dianne Sut

SAM TAITT
*College Professor*
*Television Producer and Community Leader*
█████████ Brooklyn, NY █████████
█████████████████████████████

April 4, 2016

Honorable Dora Irizarry
United States District Judge
United States District Court
225 Cadman Plaza
Brooklyn, NY 11201

**RE: JOHN SAMPSON**

Dear Judge Irizarry,

I am writing on behalf of  John Sampson who I have known for more than 20 years as a friend, colleague, and supporter of my work with Brooklyn community residents and students. I am an Associate Professor at CUNY – Kingsborough Community College, a television producer and a community leader.

For more than 20 years, Senator John Sampson has worked assiduously to provide opportunities and a better life, not only for residents of the 19th Senatorial District but, for all demographics of people who live and even work in Brooklyn. Senator Sampson's  genuine concern for improving the welfare of our community residents is evident.  The examples I share below represent only a few.

Senator Sampson was supportive of the launching of the community-based television program "Brooklyn45," of which I am the Executive Producer. Now 16 years later, Brooklyn45 continues to serve the Brooklyn community, thanks in large part to the following contributions of Senator Sampson. When "Brooklyn45" was just in the conceptual stage, Senator Sampson honored my request to meet with him to discuss the project that would provide needed information that's not readily accessible to Brooklyn residents, and address issues that residents are confronted with in their everyday lives.  Senator Sampson shared his and others' concerns that news on television about Brooklyn neighborhoods were most often about the negative.

Much of the legislation sponsored by Senator Sampson has mirrored social issues discussed in Brooklyn45 broadcasts: housing, health, education, law enforcement and community participation.

In addition to having been a guest on Brooklyn45, Senator Sampson has helped us make connections to specialists and leaders in the above areas, as well as to community leaders and elected officials. He has also taken the time to provide background information to issues and

topics that helped make the programs of value to viewers and guests. He has been a constant source of encouragement and resources.

As a professor at a CUNY community college, I have observed that many of our students either did not perform well enough in high school to go directly to a senior college, or are foreign students, or welcome the opportunity for a second chance. The following series of legislation show Senator Sampson's commitment to supporting our students, teachers and the education process.

- S657 - Relates to providing funding for transitional programs for students from English-speaking Caribbean countries

- S661 - Provides that elementary and secondary school teachers may ride public transportation to and from school at no charge

- S135 - Directs the commissioner of education to create a pilot program to improve physical education/physical activity programs in certain schools

- S251 - Establishes pilot grant program to enable overage, under-credit youth to obtain high school diploma or equivalent

- S88 - Prohibits persons required to maintain registration under the sex offender registration act from entering into a children's section of a public library

Senator Sampson is greatly appreciated for community meetings and workshops he and his office have organized over the years, and for his attending and speaking at similar meetings/workshops organized by other organizations. As an attorney, he has conducted free legal clinics, immigration and foreclosure workshops. At many meetings I attend in his district, I am often engaged by persons, who recognize me from my television program, about issues in Brooklyn. Invariably, they comment about how they feel about elected officials and the value of the work they do for their communities. They often use the following adjectives in referring to Senator Sampson: accessible, knowledgeable, caring, helpful, sincere.

Senator Sampson has been a blessing to many, and I know he wishes to continue to do so. I, therefore, pray that you allow him the opportunity to resume his service for the benefit of the residents in our Brooklyn and New York communities. His skills, expertise, commitment and passion to be an instrument for positive change are invaluable. Please help him continue to do just that.

Respectfully,

Sam Taitt

# BROOKDALE
UNIVERSITY HOSPITAL MEDICAL CENTER
*The Leader of Healthcare in East Brooklyn*

March 8, 2016

Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Dear Judge Irizarry:

This letter is not intended to excuse behavior nor absolve anyone of responsibility. Rather I wanted to take the opportunity to share my own experiences with John, which will perhaps paint a fuller picture of his time in office.

I was brought to Brookdale Hospital in April 2012, as CEO, to restructure the failing healthcare institution. As part of my first couple weeks in the position, I set up meetings with local elected officials to gain a better understanding of the healthcare landscape and needs from those who served the community. Senator Sampson was vital in educating me on the healthcare challenge that the East Brooklyn community faces. Brookdale employees were kicked out of their benefits program by the previous administration. John fought with us to reinstate them. When the community turned their backs on our team John took us to meeting after meeting imploring the community to give us a chance based on his good name.

John immediately struck me as someone who cared deeply for his constituents and the Brookdale community. Whether it was in the halls of the Capitol or on the streets of East Brooklyn, John kept Brookdale at the forefront of his agenda, never asking me or anyone else at Brookdale for anything other than what does our institution need to continue providing top quality health care to the community, and how we can help achieve it.

John has been a genuine advocate for the 3,900 employees of Brookdale Hospital and a strong voice for the patients that we serve.

Sincerely,

*Mark E. Toney*

Mark E. Toney
President and Chief Executive Officer

Brooklyn, NY

Hon. Dora Irizarry

225 Cadman Plaza
Brooklyn, NY 11201

April 6th, 2016

Your Honor,

My name is Jacqueline Toro, I am the head Pastor at Bethesda Pentecostal Tabernacle of the Assemblies of God, a church which has served the Bedford Stuyvesant community for nearly 30 years. I am writing to you today to urge leniency in the sentencing of John Sampson. I Rev. Toro, give faith and testimony that I have known Senator John for more than twelve years and have gotten to know him as a man of integrity and professionalism. We met at a Clerics for Justice Meeting hosted by Rev. Hector Crespo. I cannot recall a time when I asked him for help and he refused, he always made time to lend a helping hand. In the past I had invited Senator Sampson to attend a few services at my church, and he did. On Thanksgiving he would distribute turkeys to the church community, moreover he would assist our members, answering their questions and listen to their concerns. John was readily available to help those in need. When my nephew had asked for his help with a personal matter regarding an incarcerated individual, John gladly did everything he could to assist.

Respectfully
Rev. Jacqueline Toro

March 18, 2016

Honorable Dora Irizarry,

United States District Judge

United States Eastern District

225 Cadman Plaza

Brooklyn, N.Y. 11201

I have been a constituent of State Senator John L. Sampson from 1997-2014.The numerous times I have gone to his office or met him in person, he always welcomed me with a big hug and would ask me how I am doing. Throughout the years, I have volunteered my time to distribute leaflets/flyers throughout his district to assist him in winning the State Senator position for District 19. I have also helped him in gaining signatures to get his name on the election ballot. State Senator Sampson has always appreciated my thoughtfulness and would express his appreciation with his kind words. I continued to assist him throughout the years because I felt he was doing an outstanding job as a politician in my community.

Besides being a constituent, I am also a NYC DOE teacher in his district (P.S.276). Over the years I have witnessed his participation in many of my school events. When he had his Black History Month Essay Contests, students who won received a certificate of participation and were personally thanked by Senator Sampson and his staff for entering. For many years, State Senator Sampson attended my school's Career Day. He would talk to many students in the school about his achievements and highly stress how important education is. I observed the delighted look on students' faces after his heartfelt speeches. He would then visit classes and allow students to ask him questions about his life and career. Over the years, the many principals from my school had invited him to attend and speak at the fifth grade graduation ceremonies. Prior to his appearance, he would ask for recipients to receive the Certificate of Merit Award. One fifth grader from each graduating class was honored with a certificate. After Hurricane Sandy, Senator Sampson and his staff were there to assist many families in the Canarsie community and I know some of those families were from my school. I had parents of my students who expressed to me how helpful the Senator and his staff were during this dreadful time.

On a personal note, State Senator Sampson was there for me and my family during a sad and difficult time. First when my grandmother was in the hospital he took the time to visit her and when she was released to go home, he even visited her there. Both times my grandmother was very impressed and grateful for taking his time to stop by. Second, when my grandmother passed, he not only offered his respect and condolescences to my family and I during this time but also let us know if we needed any kind of assistance/help he would be there for us.

Over these years, I have not only seen a politician in the community, but I also saw a kind, thoughtful, respectful and loving man. He not only loves his family but he also loves all the families that he comes in contact with among his district.

Sincerely,

Amy Valk

March 17, 2016

Honorable Dora Irizarry,

United States District Judge

United States Eastern District

225 Cadman Plaza

Brooklyn, N.Y. 11201

I was hired in 1997 and was given the opportunity to be an Executive Assistant to State Senator John Sampson. I was honored at the chance the senator gave me. He had faith and believed in me when he asked me to join his staff.

As a senator, he was a very highly respected man to his constituents. He was concerned about the problems in his district so he reached out to the public by having town hall meetings. There he spoke about education, budget cuts, afterschool programs, senior center cuts, violence in and around his district among other important issues that mattered to him. At these town hall meetings he would invite the following- representatives from the local police stations, education advocates, speakers from the department of aging and other community workers/helpers who would provide assistance/information to those in his district who needed it.

Not only did the senator schedule appointments with his constituents, but if people walked into the office unexpectedly and needed to speak to him, he would allow them to wait. Even if this meant waiting until after office hours, he would still stay and take the time to patiently listen to each person and offer assistance. Many times he would even come into the office on the weekends to further assist his constituents.

Every year he would reach out to his district by having his annual events. He would honor and express his gratitude throughout these different events. Every May he honored ten men and ten woman to receive a proclamation of valor for their services in his district. I felt honored in assisting these events and felt proud to stand beside the senator as he distributed the awards to the recipients.

His Albany office would mail Mother's and Father's Day poems to all of his constituents. Many of them would call both of the offices to express how thoughtful he was to think of them. As a mother, I felt touched every year receiving the poem. Even after his mother passed, he still expressed to all of the mothers in his district how they were loved and special to all. During the month of June I would receive letters requesting the senator's presence to attend their graduating ceremonies. Besides attending as many ceremonies as he could, he would also present fifth graders with a Certificate of Merit Award.

Every September he would have his annual Senior/Grandparent's Health Fair Day. He would invite people from many senior centers and representatives from many health agencies to educate and share information. In November he gave out many

turkeys to people in need of assistance for their Thanksgiving holiday. In December he organized toy drives and had a person volunteer to dress up as Santa Claus to distribute toys to children in homeless shelters and hospitals.

Unfortunately when Hurricane Sandy came along he was devastated for all who was affected, but especially for the people in his district. Right away he organized Town Hall Meetings with FEMA and the Department of Transportation. He donated water, flashlights and blankets and called upon other agencies to supply essential items. He walked throughout his district to comfort his constituents during this crisis and noticed the damage that the hurricane caused.

Even though I worked for him for 17 years, I did not feel like his employee-I felt like a part of his family. In my early years of working for him, not only did he worry about his constituents but he also made sure his own family was well cared for. I was very touched how he made sure his mother would safely get home from work on a daily basis. He made sure his family came first. When his daughters were young, he would drive them to school before heading off to work. I was so impressed at what a dedicated father he was.

I cannot talk about any other staff member, but for me I had 3 other jobs and this was the best I ever had. Not having anything to do with politics before, the senator took me under his wing and made me feel comfortable with whatever task/assignment came my way. A few years ago I was going through personal problems and was very comfortable expressing myself to the senator. He assured me if I had to take time off to deal with my issues my job would be waiting for me. When my mother was sick, he came to visit her. He spoke to the doctors and nurses and made sure she was getting the help she deserved. There was trust, respect and loyalty between us and to this day I still look up to him as a senator and he is still a part of my life.

Sincerely,

Shelley Valk

# Antioch Baptist Church

**828 Greene Avenue * Brooklyn, New York 11221      (718) 455-7778-Telephone      (718) 455-1030-Facsimile**

Rev. Dr. Robert M. Waterman, Pastor
Thomas Riles, Chairman, Deacon Ministry
Nezzie Jenkins, Chair, Deaconess Ministry
Lena Scarborough Gates, Chair, Board of Trustees
Debra Hailey Richards, Church Clerk

March 22, 2016

Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza,
Brooklyn, New York, 11201

To Honorable Dora Irizarry,

I am writing this letter on behalf of Mr. John Sampson. It is with pleasure and enthusiasm that I do so.

I have known Mr. Sampson for many years and have had the opportunity to observe and interact with him over this period of time. He has presented himself as an advocate for people, especially those in need of support and those who were disenfranchised. We have worked together on several projects, and John has participated in many noteworthy causes. I was impressed with John as a family man and wanted to encourage men in the community, I invited him to speak at one of our Men's Day Services. His message was on point, and many, particularly the men, were encouraged by his words. He has also availed himself to the men afterwards and offered resources that will transition men in a better way of life. Central Brooklyn has one of the highest rate of HIV/AIDS and other health conditions, John participated in health programs at Antioch and the surrounding area. I serve as the chair of the AACEO (African American Clergy and Elected Official organization and I must say the Mr. Sampson participated with the organization almost monthly as we have discourse about the condition of our community. He has been embraced by both the young and mature members of our church and community.

Mr. Sampson has been extremely approachable and friendly to our church and community. He has left a positive impact on our community. As a pastor, I have a strong desire to assist those who are in the restoration process. I not only look at their present circumstances, but who they can be in the future. As we enter this season of Christ's Resurrection, it is a season of forgiveness and thanksgiving.

Thank you for your time and consideration.

Sincerely,

Rev. Dr. Robert M. Waterman

*Restoring Life by Destroying the Barriers*
**Ephesians 2:14**



Local Development Corporation of East New York

April 6, 2016

Honorable Dora Irizarry
United States District Judge
United States Eastern District
225 Cadman Plaza
Brooklyn, NY 11201

Re: Letter of Reference for John L. Sampson

Dear Judge Irizarry:

I without hesitation or reservation take this time to attest to the character of John L. Sampson. It is unusual and strange, referring to John without the reference of his being a Senator. Nonetheless, I have known John for close to 30 years and find and have found him to be an individual of: character, ethics, morals, values and a tireless fighter for the East Brooklyn community. On numerous occasions it was John's, vision and dedication to his community that created hope that empowered an at risk community.

By virtue of John's sensitivity and understanding of his community, he was able to direct the resources and program funds for a great number of nonprofits. This enabled many nonprofits to provide the necessary services, residents in his senatorial district were in need of. To this point, I recall his community being devastated by "Super Storm Sandy". John quickly pulled together a much needed Town Hall meeting so, the residents who were victims of the storm could interface with and find answers to their questions from a great number of city, state, and federal agencies.

As the senator for the district, John brought programs to the district to assist small businesses in reducing their electricity and real estate taxes. John delivered grants to the district to help start and incubate businesses. Also, he was instrumental in bringing Related Retail to East New York thus creating 1.2million Square feet of retail with big box stores like BJ"s, Target, et al, and over 600 units of housing. The project is known as Gateway, created thousands of jobs and much needed affordable housing. John consistently reached out to community based organizations and meet with businesses to make certain need assistance was provided. He is one of the reasons why East New York is undergoing a transformation.

Despite his legal peril and demonization by the media, I know John to be church going, God fearing, husband, and a proud father that is and hopefully continues to be a productive member of society.

As I close, we all have something in our past that we are not proud of but does not truly reflect who we are as human beings. I hope and pray you take this under consideration when sentencing John.

Sincerely,

William S. Wilkins
Director Economic Development

Honorable Dora Irizarry
United States District Court Judge
United States Eastern District
225 Cadman Plaza
Brooklyn NY, 11201

Dear Honorable Dora Irizarry,

My name is Delroy Wright. I happen to know former New York State Senator , Hon. John
Sampson, over 20 years. We first met when a mutual friend introduced me to him while he
was waging his first campaign to become the representative of the  19th senatorial district.
At the time, I was a constituent and  a local businessman in another senatorial district. I
also happened to be engaged in the campaign of one of his opponents. We had a casual
exchange which established where my commitment to his opponent's campaign. The future
senator went on to win the campaign and became a New  York State Senator and I went on
to pursue my business ambition.

After a few  years, I moved and was no longer a constituent  but I became more engaged in
the business world and emerged as the president of the local merchant association and a
community activist. This was during the era of the crack epidemic and the community was
ravaged  with crime and economically depressed.

The community, known as the prospect lefferts garden, was also known as the Caribbean
mecca . Naturally the sting of these banes were affecting people of Caribbean descent,
mostly,  in that community.

 Being of Caribbean  descent myself and realizing the senator's lineage, I decided to
capitalize on this common bond we shared to asked him to provide whatever resource he
could in order to repel the impact of the crime and crack  . This was a drive to preserve  the
cultural and economic base of a unique ethnic group . Actually, I reached out for assistance
from all the elected officials of the community but  Senator Sampson responded with the
most resources. As a result we became great friends.

Even though  John was not the elected representative of the area, he did not resist offering
his assistance; he was generous and forthcoming. He contributed in the funding of holiday
lighting,  the local street fair  and other cultural events including business seminars. He
recognized the gravity of these banes and did not take the easy path of shunning, as others
often did. The fact that he had no direct political obligation in the community or that I
supported  his opponent when he first ran, did not let him do the political expedient thing-
to reject my request. He had a broad vision of Caribbean empowerment and he acted on it.

As our friendship grew,  John and I developed a deep respect for each other of which I
became a beneficiary of his personal generosity.  Much so that when we had issues with my
personal life, john was there to render advice and legal assistance.  He became my pillar for
all of my legal advisement for personal and business matters and he did them without
financial reward. In 2011, my wife of 20 years became disabled, affected with Alzheimer's

and was treated shabbily by her employer at the onset of her affliction.

It was John that gave me advice and guided my path. Naturally my wife's illness affected our life financially as it did health wise. Not only did my business take a downturn, but my homes went in foreclosure. It was John at the rescue to provide free legal representation every step of the way. To me, John does not look at his woe and became disenchanted. He remain as generous as when he was on top of his game; always reaching out to find out if I was okay.

As a community leader, people would often approach me for advise on many issues. Very often I would refer these people to John. They would often come back to thank me for the referral. At no time did anyone come back to me stating that John refused to help even though 90% were not his constituents. I grossly relied on John, and he delivered in every occasion.

As the president of FEPMA (Flatbush empire Parkside merchants association ) for over 17 years, I was able to utilized his resource and generosity to benefit others, vastly. I ask that you be lenient on him as he is of benediction to many of which I and others are beneficiaries.

Thanks for your kind attention.


Yours Sincerely :

Delroy Wright