# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

              - against -

JOHN SAMPSON,                          Cr. No. 1:13-CR-00269 (DLI)

              Defendant.

------------------------------------------------------------X

## DECLARATION OF DEFENDANT JOHN L. SAMPSON

      I, John L. Sampson, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     On September 3, 2015, I went to the administration desk at Supreme Court, Kings County to make a partial deposit of surplus funds in the matter of *Fleet National Bank v. Edmund P. Ansbro, et al.,* index no. 33928/01.

      2.     At the administration desk, which is located in the basement at Supreme Court, Kings County, I spoke with a male clerk and informed him that I was there to make a partial deposit of surplus funds.

      3.     I stated that I had $30,000 to deposit. The clerk informed me that the Court does not accept partial deposits. The reason for this, according to the clerk, is that the receipt must reflect the full amount as indicated in the Referee's Report.

      4.     On or about January 6, 2016, I again went to the administration desk at Supreme Court, Kings County. I told the clerk, this time a young woman, that I wanted to make a partial deposit of the surplus funds. The clerk informed me that a partial deposit would not be accepted.

She told me that the full amount of the surplus, as reflected on the Referee's Report, must be deposited so the receipt can show that amount.

5.  On April 20, 2016, I again went to the administration desk at Supreme Court, Kings County to make a partial deposit of the surplus amount. Again, the clerk refused to accept the deposit because the deposit must reflect the amount indicated on the Referee's Report.

Executed on this 29th day of April, 2016 at New York, New York.

*[signature]*
John L. Sampson