# EXHIBIT D

| | | |
|---|---|---|
| DATE: | - | February 28, 2012 |

PARTICIPANTS:

| | | |
|---|---|---|
| John Sampson | - | JS |
| Edul Ahmad | - | EA |
| Warren Flagg | - | WF |
| Unidentified Speaker | - | US |
| Special Agent | - | SA |

ABBREVIATIONS:

| | | |
|---|---|---|
| Unintelligible | - | [UI] |
| Phonetic | - | [PH] |

| | | |
|---|---|---|
| 1 | | puts you in the, in the conspiracy, okay? You either had to have |
| 2 | | had a conversation or any tapes in the case? |
| 3 | | |
| 4 | JS: | You know, tapes? |
| 5 | | |
| 6 | EA: | Huh? |
| 7 | | |
| 8 | JS: | There's no tapes in the case. |
| 9 | | |
| 10 | EA: | What kind of tapes? |
| 11 | | |
| 12 | WF: | Wiretaps. |
| 13 | | |
| 14 | JS: | Wiretaps – |
| 15 | | |
| 16 | EA: | Not as far as I know. |
| 17 | | |
| 18 | WF: | Okay, so – well, no, no, no. What you've got to do is, the first |
| 19 | | thing – now I don't know where you are. |
| 20 | | |
| 21 | JS: | I'm – I'm – I – I represent – I'm his – his business attorney, he has |
| 22 | | his own - |
| 23 | | |
| 24 | WF: | No, I understand. Do you have a criminal attorney? |
| 25 | | |
| 26 | JS: | Yes, he does. |
| 27 | | |
| 28 | WF: | Okay. |
| 29 | | |
| 30 | JS: | Uh-huh. |
| 31 | | |
| 32 | WF: | Well, the criminal attorney – the first thing he does as a – as an |
| 33 | | attorney, you say [UI]. |
| 34 | | |
| 35 | EA: | No, they said – they said there wasn't any in the case. |
| 36 | | |
| 37 | WF: | Okay. All right. You have - |
| 38 | | |
| 39 | JS: | No tapes or no wires? |
| 40 | | |
| 41 | EA: | No to both. |
| 42 | | |
| 43 | JS: | Anything. |
| 44 | | |
| 45 | WF: | No tapes or no wires. |
| 46 | | |

7