

JOSHUA COLANGELO-BRYAN
(212) 415-9234
colangelo.joshua@dorsey.com

April 16, 2019

**VIA ECF and HAND DELIVERY**

Honorable Dora L. Irizarry
Chief Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *United States v. John Sampson*, CR. No. 13-269 (DLI)

Dear Chief Judge Irizarry:

    We represent John Sampson in the above-referenced matter and write in compliance with the Court's Standard Requirements in Criminal Cases.

    We wish to inform the Court that we will not be submitting an independent sentencing memorandum on behalf of Mr. Sampson. Rather, we will rely on the information presented in the Probation Department's most recent submissions, including the description of Mr. Sampson's exemplary conduct while incarcerated. We do not, however, waive any of the objections we recently submitted in connection with the Second Addendum to the Revised Presentence Report and the Third Revised U.S. Probation Department Sentence Recommendation. We will rely further on the government's Sentencing Memorandum of October 31, 2018, including that Memorandum's description of why the proposed plea agreement's provisions regarding sentencing are appropriate.

Respectfully,

Joshua Colangelo-Bryan