# UNITED STATES DISTRICT COURT

Eastern District of New York

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 28 2019 ★
BROOKLYN OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| JOHN SAMPSON | Case Number: 13-CR-269 |
| | USM Number: 82173-053 |
| | Nathaniel Akerkman and Joshua Colangelo-Bryan Esqs. |
| | Defendant's Attorney |

**Date of Original Judgment:** 1/25/2017
*(Or Date of Last Amended Judgment)*

**Reason for Amendment:**
- ☑ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))
- ☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))
- ☐ Correction of Sentence by Sentencing Court (Fed. R. Crim. P. 35(a))
- ☐ Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

- ☐ Modification of Supervision Conditions (18 U.S.C. §§ 3563(c) or 3583(e))
- ☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))
- ☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s) to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))
- ☐ Direct Motion to District Court Pursuant ☐ 28 U.S.C. § 2255 or ☐ 18 U.S.C. § 3559(c)(7)
- ☐ Modification of Restitution Order (18 U.S.C. § 3664)

**THE DEFENDANT:**
- ☑ pleaded guilty to count(s) **1 and 2 of fifth superseding indictment (S-5).** *
- ☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
- ☑ was found guilty on count(s) **4, 9, and 11 of the fifth superseding indictment (S-5)** after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| see page 2 | | | |

The defendant is sentenced as provided in pages 2 through **10** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

- ☑ The defendant has been found not guilty on count(s) **3, 5, 6, 7, 8, and 10 of the fifth superseding indictment**
- ☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

5/1/2019
Date of Imposition of Judgment

s/Dora L. Irizarry, Chief USDJ
Signature of Judge

Dora L. Irizarry    Chief U.S.D.J.
Name and Title of Judge

5/23/2019
Date

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

## ✷ ADDITIONAL COUNTS OF CONVICTION ✷

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| ✷ 18 U.S.C. § 666(a)(1)(A) | Embezzlement | 2/13/2008 | 1 of S-5 |
| ✷ 18 U.S.C. § 666(a)(1)(A) | Embezzlement | 6/7/2008 | 2 of S-5 |
| 18 U.S.C. § 1503(a), 18 U.S.C. § 1503(b)(3) | Obstruction of justice | 7/31/2012 | 4 of S-5 |
| 18 U.S.C. § 1001(a)(2) | False statements | 7/27/2012 | 9 of S-5 |
| 18 U.S.C. § 1001(a)(2) | False statements | 7/27/2012 | 11 of S-5 |

AO 245C (Rev. 02/18) Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment
(NOTE: Identify Changes with Asterisks (*))

Case 1:13-cr-00269-DLI Document 292   Filed 05/28/19   Page 3 of 10 PageID #: 7709

Judgment — Page __3__ of __10__

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

## ✷ IMPRISONMENT ✷

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

✷ Counts 1, 2, 4, 9, and 11 of S-5: 60 MONTHS on each count to run concurrently.
The start date of these sentences shall apply retroactively to May 18, 2017.

☑ The court makes the following recommendations to the Bureau of Prisons:

✷ Designation to FCI Fairton.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 02/18) Amended Judgment in a Criminal Case
Sheet 3 — Supervised Release (NOTE: Identify Changes with Asterisks (*))
Case 1:13-cr-00269-DLI Document 292 Filed 05/28/19 Page 4 of 10 PageID #: 7710
Judgment—Page 4 of 10

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

3 years per count (concurrent)

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. ~~If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.~~
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245C (Rev. 02/18) Amended Judgment in a Criminal Case
Sheet 3C — Supervised Release
(NOTE: Identify Changes with Asterisks (*))

Case 1:13-cr-00269-DLI Document 292  Filed 05/28/19  Page 6 of 10 PageID #: 7712

Judgment—Page __6__ of __10__

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

## *ADDITIONAL STANDARD CONDITIONS OF SUPERVISION*

Standard condition #12 has been vacated per USA v. Boles and replaced as follows:

12. If the probation officer determines, based on your criminal record, personal history or characteristics, that you pose a risk to another person (including an organization) the probation officer, with the prior approval of the Court, may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.

AO 245C (Rev. 02/18) Amended Judgment in a Criminal Case
Sheet 3D — Supervised Release
(NOTE: Identify Changes with Asterisks (*))

Case 1:13-cr-00269-DLI Document 292  Filed 05/28/19  Page 7 of 10 PageID #: 7713

Judgment—Page 7 of 10

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

## ✷ SPECIAL CONDITIONS OF SUPERVISION ✷

✷ 1. The defendant shall comply with the restitution order;

2. Upon request, the defendant shall provide the U.S. Probation Department with full disclosure of his financial records, including co-mingled income, expenses, assets and liabilities, to include yearly income tax returns. With the exception of the financial accounts reported and noted within the presentence report, the defendant is prohibited from maintaining and/or opening any additional individual and/or joint checking, savings, or other financial accounts, for either personal or business purposes, without the knowledge and approval of the U.S. Probation Department. The defendant shall cooperate with the Probation Officer in the investigation of her financial dealings and shall provide truthful monthly statements of her income and expenses. The defendant shall cooperate in the signing of any necessary authorization to release information forms permitting the U.S. Probation Department access to his financial information and records;

3. The defendant shall not encumber or liquidate interest in any assets unless it is in direct service of the restitution obligation or otherwise has the express approval of the Court;

4. The defendant shall not possess a firearm, ammunition, or destructive device;

5. The defendant shall maintain lawful and verifiable employment.

AO 245C (Rev. 02/18) — Amended Judgment in a Criminal Case
Case 1:13-cr-00269-DLI Document 292 Filed 05/28/19 Page 8 of 10 PageID #: 7714
Sheet 5 — Criminal Monetary Penalties
(NOTE: Identify Changes with Asterisks (*))

Judgment — Page __8__ of __10__

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $ 500.00 * | $ | $ 75,000.00 | $ 91,935.85 * |
| | *See page 9.* | | *See page 9.* | |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| * Kings County Clerk<br>360 Adams Street<br>Brooklyn, NY 11201 | $91,935.85 | $91,935.85 | |
| **TOTALS** | $ 91,935.85 | $ 91,935.85 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☑ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

    ☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

---

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C (Rev. 02/18) Amended Judgment in a Criminal Case
Sheet 5 A — Criminal Monetary Penalties
(NOTE: Identify Changes with Asterisks (*))

Case 1:13-cr-00269-DLI Document 292   Filed 05/28/19   Page 9 of 10 PageID #: 7715

Judgment—Page  9  of  10

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

## *ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES *

At the original sentencing held on January 18, 2017, the Court imposed a $300 special assessment as to counts 4, 9, and 11 of the fifth superseding indictment. At the time of re-sentencing on May 1, 2019, as to counts 1 and 2 of the fifth superseding indictment, the original $300 special assessment had already been paid. Accordingly, at re-sentencing, the Court imposed an additional $200 special assessment as to counts 1 and 2 of the fifth superseding indictment.

Similarly, at the original sentencing held on January 18, 2017, the Court imposed a fine in the amount of $75,000. At the time of re-sentencing on May 1, 2019, that fine had been paid. Accordingly, at re-sentencing on May 1, 2019 as to counts 1 and 2 of the fifth superseding indictment, no additional fine was imposed in light of the priority of restitution.

AO 245C (Rev. 02/18) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments (NOTE: Identify Changes with Asterisks (*))

Case 1:13-cr-00269-DLI Document 292   Filed 05/28/19   Page 10 of 10 PageID #: 7716

Judgment — Page __10__ of __10__

DEFENDANT: JOHN SAMPSON
CASE NUMBER: 13-CR-269

## ✳ SCHEDULE OF PAYMENTS ✳

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☑ Lump sum payment of $ __200.00__ due immediately, balance due

  ☐ not later than _____ , or
  ☑ in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

  The $200 special assessment (see page 9) is due immediately. Restitution shall be paid at the rate of $25 per quarter while the defendant is in custody and 10% of gross monthly income while on supervised release, with the balance due upon termination of supervision.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

  Defendant and Co-Defendant Names and Case Numbers *(including defendant number)*, Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.